UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>             Plaintiffs,<br><br>     v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>             Defendants. | Case No: 1:22-cv-10069-AK |

**CERTIFICATION OF ALEC J. BERIN FOR ADMISSION
*PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 85.5.3 of the United States District Court for the District of

Massachusetts, I, Alec J. Berin, hereby certify that:

(1)     I am an attorney at the law firm of Miller Shah LLP, 1845 Walnut Street, Suite

806, Philadelphia, PA  19103.

(2)     I am a member of the bar of the Supreme Court of Pennsylvania and have been

since 2019.

(3)     I am also admitted to practice in the following additional jurisdictions:

Supreme Court of New Jersey – 7/15/21
United States Court of Appeals for the 1st Circuit – 5/27/2020

United States Court of Appeals for the 3rd Circuit – 3/25/21
U.S. District Court for the Eastern District of Pennsylvania – 1/15/2020
U.S. District Court for the District of New Jersey – 8/3/2021

(4)     I am in good standing in every jurisdiction where I have been admitted to

practice.

(5)     There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction where I am admitted to practice.

(6)     I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts, and I agree to comply with said rules.

(7)     I have not previously had a pro hac vice admission to this Court (or other

admission for a limited purpose under this rule) revoked for misconduct.

Dated: February 7, 2022

                                        */s/ Alec J. Berin*
                                        Alec J. Berin
                                        MILLER SHAH LLP
                                        1845 Walnut Street, Suite 806
                                        Philadelphia, PA  19103
                                        Tel: (866) 540-5505
                                        Email: ajberin@millershah.com

2