UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 1:22-cv-10069-AK |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN C. ROBERTS**

Pursuant to Massachusetts Local Rule 83.5.3(b), John Roddy, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of John C. Roberts for the purpose to appear and practice in this Court as co-counsel for Plaintiffs.

As grounds for this motion, the undersigned represents the following:

1.  John C. Roberts has been a member in good standing of the Supreme Court of Pennsylvania since 2019 and has also been admitted in other state and federal jurisdictions as set forth in his accompanying Certification.

2. There are no disciplinary proceedings against Mr. Roberts as a member of the bar in any jurisdiction.

3. Mr. Roberts has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts and that he agrees to comply with said rules.

4. Mr. Roberts has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. Mr. Roberts has submitted herewith his Certification for Admission *Pro Hac Vice* as required by Local Rule 83.5.3.

Dated:  February 8, 2022	Respectfully submitted,

	*/s/ John Roddy*
	John Roddy
	Elizabeth Ryan
	Bailey & Glasser LLP
	176 Federal Street, 5th Floor
	Boston, MA 02110
	Telephone: (617) 439-6730
	Facsimile: (617) 951-3954
	Email: jroddy@baileyglasser.com
	           eryan@baileyglasser.com