UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>            Plaintiffs,<br><br>   v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>            Defendants. | Case No: 1:22-cv-10069-AK |

**CERTIFICATION OF JOHN C. ROBERTS FOR ADMISSION**
***PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE**
**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

      Pursuant to Local Rule 85.5.3 of the United States District Court for the District of Massachusetts, I, John C. Roberts, hereby certify that:

      (1)     I am an attorney at the law firm of Miller Shah LLP, 1845 Walnut Street, Suite 806, Philadelphia, PA 19103.

      (2)     I am a member of the bar of the Supreme Court of Pennsylvania and have been since 2019.

      (3)     I am also admitted to practice in the following additional jurisdictions:

          Supreme Court of New Jersey – 9/20/21
          U.S. District Court for the Eastern District of Pennsylvania – 1/15/2020

2

(4)     I am in good standing in every jurisdiction where I have been admitted to practice.

(5)     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

(6) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with said rules.

(7)     I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

Dated: February 7, 2022

*/s/John C. Roberts*
John C. Roberts
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA  19103
Tel: (866) 540-5505
Email: jcroberts@millershah.com