UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No:  1:22-cv-10069-AK |

**CERTIFICATION OF JAMES C. SHAH FOR ADMISSION
*PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 85.5.3 of the United States District Court for the District of Massachusetts, I, James C. Shah, hereby certify that:

(1)   I am an attorney at the law firm of Miller Shah LLP, 1845 Walnut Street, Suite 806, Philadelphia, PA  19103.

(2)   I am a member of the bar of the Supreme Court of Pennsylvania and have been since 1997.

(3)   I am also admitted to practice in the following additional jurisdictions:

   Supreme Court of New Jersey - 3/27/1998
   State Bar of California - 12/2/2008

       Supreme Court of Wisconsin - 3/9/2011
       State Bar of New York - 7/17/13
       United States Court of Appeals for the 11th Circuit - 5/9/2011
       United States Court of Appeals for the 9th Circuit - 4/12/2006
       United States Court of Appeals for the 3rd Circuit - 3/24/1999
       United States Court of Appeals for the 2nd Circuit - 3/2/2012
       U.S. District Court for the Eastern District of Pennsylvania - 8/19/1998
       U.S. District Court for the District of New Jersey - 3/27/1998
       U.S. District Court for the Eastern District of California - 1/23/2009
       U.S. District Court for the Central District of California - 7/12/2010
       U.S. District Court for the Northern District of California - 8/25/2009
       U.S. District Court for the Southern District of California- 8/4/2011
       U.S. District Court for the Eastern District of Wisconsin - 9/9/2005
       U.S. District Court for the Western District of Wisconsin - 9/11/2012
       U.S. District Court for the District of Colorado- 10/23/2008
       U.S. District Court for the Southern District of New York - 7/14/2020

(4)      I am in good standing in every jurisdiction where I have been admitted to practice.

(5)      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

(6)      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with said rules.

(7)      I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

Dated: February 7, 2022

                                          */s/ James C. Shah*
                                          James C. Shah
                                          MILLER SHAH LLP
                                          1845 Walnut Street, Suite 806
                                          Philadelphia, PA  19103
                                          Tel: (866) 540-5505
                                          Email: jcshah@millershah.com