UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 1:22-cv-10069-AK |

**CERTIFICATION OF JAMES E. MILLER FOR ADMISSION
PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 85.5.3 of the United States District Court for the District of Massachusetts, I, James E. Miller, hereby certify that:

(1) I am an attorney at the law firm of Miller Shah LLP, 65 Main Street, Chester, CT 06412.

(2) I am a member of the bar of the State of Connecticut and have been since 2002.

(3) I am also admitted to practice in the following additional jurisdictions:

State of New Jersey -12/19/1991;
Commonwealth of Pennsylvania - 4/23/1992;
State of California - 3/5/2009;
U.S. District Court, Central District of California - 8/25/09;

        U.S. District Court, Northern District of California - 8/25/09;
        U.S. District Court, Southern District of California - 7/28/09;
        U.S. District Court, District of Connecticut - 7/10/2000;
        U.S. District Court, Southern District of Ohio - 2/4/2008;
        U.S. District Court, District of New Jersey - 5/1/1992;
        U.S. District Court, Eastern District of Pennsylvania - 8/28/1992;
        U.S. Court of Appeals, 3rd Circuit - 8/30/1994;
        U.S. Court of Appeals, 9th Circuit - 1/24/2002;
        U.S. Court of Appeals, 2nd Circuit - 3/27/12;
        U.S. Court of Appeals, 4th Circuit - 4/24/17;
        U.S. Court of Appeals, 6th Circuit - 8/29/18;
        U.S. Court of Appeals, 10th Circuit - 10/23/18; and
        United States Supreme Court - 10/15/1998.

(4)    I am in good standing in every jurisdiction where I have been admitted to practice.

(5)    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

(6)    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with said rules.

(7)    I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

Dated: February 7, 2022

                                              */s/ James E. Miller*
                                              James E. Miller
                                              MILLER SHAH LLP
                                              65 Main Street
                                              Chester, CT 06412
                                              Tel: (866) 540-5505
                                              Email: jemiller@millershah.com