UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 1:22-cv-10069-AK |

**CERTIFICATION OF KOLIN C. TANG FOR ADMISSION**
***PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE**
**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 85.5.3 of the United States District Court for the District of Massachusetts, I, Kolin C. Tang, hereby certify that:

(1) I am an attorney at the law firm of Miller Shah LLP, 19712 MacArthur Blvd., Irvine, CA 92612.

(2) I am a member of the bar of the State Bar of California and have been since 2011.

(3) I am also admitted to practice in the following additional jurisdictions:

U.S. District Court, D. CO - 2015
U.S. District Court, N.D. CA – 2012
U.S. District Court, C.D. CA – 2012
U.S. District Court, S.D. CA – 2012

2

U.S. Court of Appeals, 9th Circuit – 2019

(4) I am in good standing in every jurisdiction where I have been admitted to practice.

(5) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

(6) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with said rules.

(7) I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

Dated: February    , 2022

                                                     */s/ Kolin C. Tang*
                                                    James C. Shah
                                                    MILLER SHAH LLP
                                                    19712 MacArthur Blvd.
                                                    Irvine, CA 92612
                                                    Tel: (866) 540-5505
                                                    Email: kctang@millershah.com