UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 1:22-cv-10069-AK |

**CERTIFICATION OF LAURIE RUBINOW FOR ADMISSION
*PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 85.5.3 of the United States District Court for the District of

Massachusetts, I, Laurie Rubinow, hereby certify that:

(1) I am an attorney at the law firm of Miller Shah LLP, 65 Main Street, Chester, CT

06412.

(2) I am a member of the bar of the State of Connecticut and have been since 1984.

(3) I am also admitted to practice in the following additional jurisdictions:

    State of New York - 8/21/13;
    U.S. District Court, District of Connecticut - 2/12/07;
    U.S. District Court, Southern District of New York -5/2/14;
    U.S. District Court, Eastern District of New York - 12/9/14;

    U.S. Court of Appeals, 2nd Circuit - 10/25/16; and

    U.S. Court of Appeals, 6th Circuit - 8/29/18.

(4) I am in good standing in every jurisdiction where I have been admitted to practice.

(5) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

(6) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with said rules.

(7) I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

Dated: February 7, 2022

            */s/ Laurie Rubinow*
            Laurie Rubinow
            MILLER SHAH LLP
            65 Main Street
            Chester, CT 06412
            Tel: (866) 540-5505
            Email: lrubinow@millershah.com