UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 1:22-cv-10069-AK |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GABRIELLE P. KELERCHIAN**

Pursuant to Massachusetts Local Rule 83.5.3(b), John Roddy, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Gabrielle P. Kelerchian for the purpose to appear and practice in this Court as co-counsel for Plaintiffs.

1. Gabrielle P. Kelerchian is admitted to practice and is in good standing before the State Court of Pennsylvania.

2. I have verified Attorney Kelerchian's active membership and good standing in the Pennsylvania bar by checking websites operated by Pennsylvania.

3. Gabrielle P. Kelerchian has reviewed and is familiar with the Local Rules of this Court.

4. The undersigned, an attorney admitted to practice in good standing before this Court, has appeared in this action.

Dated:  February 8, 2022                Respectfully submitted,

/s/ John Roddy
John Roddy
Elizabeth Ryan
Bailey & Glasser LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
Email: jroddy@baileyglasser.com
          eryan@baileyglasser.com