UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 1:22-cv-10069-AK |

**DECLARATION OF GABRIELLE P. KELERCHIAN, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Gabrielle P. Kelerchian, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My office address, telephone number and email address are as follows:

   Capozzi Adler, P.C.
   312 Old Lancaster Road
   Merion Station, PA  19066
   Phone: (610) 890-0200
   Fax:    (717) 233-4103
   Email:  gabriellek@capozziadler.com

2. I am a member in good standing and have been admitted to practice in Pennsylvania (Admitted 10/30/17, Bar No. 324248) and New Jersey (Admitted 11/10/18; Bar No. 2612018).  I am admitted to practice in the U.S.D.C. for the Eastern, Middle, and Western Districts of Pennsylvania, and the 3rd, 6th, 9th, and 11th Circuit Court of Appeals.

3.     I have never been the subject of any disciplinary grievance or proceeding. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4.     I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application to practice before this Court or any other court, while facing a disciplinary complaint.

5.     I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Massachusetts, and the Rules of Professional Conduct.

6.     I designate my sponsoring attorney, John Roddy, as my agent for service of process and the United States District Court – District of Massachusetts as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>February 8, 2022</u>            <u>*Gabrielle P. Kelerchian*</u>
                                             Gabrielle P. Kelerchian, Esq.