IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 1:22-cv-10069 |

## NOTICE OF APPEARANCE

Please enter the appearance of John C. Roberts of Miller Shah LLP as an attorney of record for Plaintiffs.

Dated: February 14, 2022

/s/John C. Roberts
John C. Roberts
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Tel: (866) 540-5505
Email: jcroberts@millershah.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2022, I caused a copy of the foregoing document to be served on all parties of record by filing it via the Court's CM/ECF system.

                                                     /s/John C. Roberts
                                                     John C. Roberts