AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-10069-AK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Children's Hsopital Corporation
was received by me on *(date)* 02/09/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lita Maffett, paralegal, who is designated by law to accept service of process on behalf of *(name of organization)* The Children's Hospital Corp. c/o General Counsel on *(date)* 2/14/22 @ 11:12 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/14/22

Server's signature

Printed name and title: James Burke, Constable, Boston, MA  Badge #1012

c/o Dennis Richman's Services
4 Neshaminy Interplex Drive, Suite 108
Trevose, PA 19053

Server's address

Additional information regarding attempted service, etc:

P195436