James C. Shah, Esquire
1845 Walnut Street, Suite 806
Philadelphia 19103 PA
(610) 891-9880

## United States District Court
## In the District of Massachusetts

Adilson Monteiro, et al

v.

The Children's Hospital Corporation, et al

Case No.:1:22-cv-10069-AK

## AFFIDAVIT OF SERVICE

STATE OF MA
COUNTY OF SUFFOLK ss

I, **James Burke**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On **2/17/22** at **11:05** AM/PM, I served The Board of Directors of the Children's Hospital Corporation with the following list of documents:
**Summons & Complaint**

Said service was executed at: **300 Longwood Ave**  **Boston**  **MA**  **02115**
Address / City / State / Zip

In the following manner

☐ Personally served.

☐ Adult family member with whom said Respondent resides.
Name: _____ Relationship: _____

☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.

☐ Manager/Clerk of place of lodging in which Respondent resides.

☒ Agent or person in charge of Respondent's office or usual place of business.

☒ Name: **Lita Maffett** Title: **paralegal** for the agent or person in charge of business

☒ Other: **Service accepted @ Office of General Counsel**

Description of person process was left with:
Sex: **Fem** Skin: **Black** Hair: **Black** Age: **50** Height: **5'11"** Weight: **160 lbs**

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Vacant   ☐ No Answer - Several Attempts
☐ Address Does Not Exist   ☐ Other _____

Service Attempts: (1) ____ ____  (2) ____ ____  (3) ____ ____  (4) ____ ____
               Date Time    Date Time    Date Time    Date Time

Signed and sworn before me on this **18th** day of **February**, 20**22**

_____
(Signature)

_____
Notary Public

ANIA S MARSHALL
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 12, 2024

Dennis Rickman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

SAAFF/P195612

James C. Shah, Esquire
1845 Walnut Street, Suite 806
Philadelphia 19103 PA
(610) 891-9880

## United States District Court
## In the District of Massachusetts

Adilson Monteiro, et al

V.

The Children's Hospital Corporation, et al

Case No.:1:22-cv-10069-AK

### AFFIDAVIT OF SERVICE

STATE OF MA
COUNTY OF SUFFOLK ss

I, _James Burke_, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On _2/17/22_ at _11:05_ AM/PM, I served The Children's Hospital Corporation Retirement Committee with the following list of documents:
**Summons & Complaint**

Said service was executed at: _300 Longwood Ave_  _Boston_  _MA_  _02115_
                              **Address**          **City**   **State** **Zip**

In the following manner

☐ Personally served.

☐ Adult family member with whom said Respondent resides.
  Name: _____ Relationship: _____

☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.

☐ Manager/Clerk of place of lodging in which Respondent resides.

☒ Agent or person in charge of Respondent's office or usual place of business.

☒ Name: _Lita Maffett_ Title: _Paralegal_ for the agent or person in charge of business

☒ Other: _Service accepted Office of General Counsel_

Description of person process was left with:
Sex: _Fem_  Skin: _Black_  Hair: _Black_  Age: _50_  Height: _5'11"_  Weight: _160 lbs_

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Vacant  ☐ No Answer - Several Attempts
☐ Address Does Not Exist  ☐ Other _____

Service Attempts: (1) _____ (2) _____ (3) _____ (4) _____
                   Date  Time      Date  Time       Date  Time       Date  Time

Signed and sworn before me on this _18th_ day of _February_, 20_22_.

_(signature)_ Notary Public

ANIA S MARSHALL
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 12, 2024

_(Signature)_
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

SAAFF/P195611