IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>                    Defendants. | Case No: 1:22-cv-10069-AK |

**UNOPPOSED MOTION TO EXTEND DEADLINES TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants the Children's Hospital Corporation ("Children's Hospital"), the Board of Directors of the Children's Hospital Corporation ("the Board"), and the Children's Hospital Corporation Retirement Committee ("the Committee") (collectively, "Defendants") respectfully submit this unopposed motion to extend Defendants' deadlines to answer, move, or otherwise respond to Plaintiffs' Complaint (ECF No. 1) to April 7, 2022.

As grounds for this motion, Defendants state:

1. Plaintiffs filed this putative class action on January 18, 2022. *See* ECF No. 1. The

Complaint spans 121 paragraphs and asserts two claims that Defendants breached their fiduciary duties under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq.*, in relation to the Children's Hospital's 403(b) Tax-Deferred Annuity Plan ("the Plan"). Specifically, Plaintiffs challenge the investment strategies and fees of certain investment options offered by the Plan, as well as the cost of administrative and recordkeeping services provided to the Plan. The Complaint also alleges a claim in the alternative that Defendants are liable for knowing breach of trust.

2. Plaintiffs served Defendant Children's Hospital on February 14, 2022. *See* ECF No. 23.

3. Plaintiffs served the Board and the Committee on February 17, 2022. *See* ECF No. 24.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1), the deadline for Children's Hospital to answer, move, or otherwise respond to Plaintiffs' Complaint is March 7, 2022.

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1), the deadline for the Board and the Committee to answer, move, or otherwise respond to Plaintiffs' Complaint is March 10, 2022.

6. Defendants seek an extension of time to respond until April 7, 2022, which is a 31-day extension of time as measured from the earlier March 7 deadline.

7. Defendants submit that there is good cause for the extension of time proposed above. The Complaint presents lengthy allegations concerning Defendants' alleged breaches of fiduciary duties with respect to the management and administration of the Plan. The proposed extension will allow a reasonable period of time for Defendants to investigate the factual allegations asserted in the Complaint and to formulate and prepare a response to these allegations.

8.  This is the first extension of time requested in this matter, and the requested extension is sought in good faith and not for purposes of undue delay or prejudice.

9.  The parties conferred regarding this motion, and Plaintiffs have assented to the extension sought herein.

WHEREFORE, Defendants respectfully request that the Court grant this unopposed motion to extend Defendants' deadlines to answer, move, or otherwise respond to the Complaint to and including April 7, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 3, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
|  | By: /s/ *Keri L. Engelman* <br> Keri L. Engelman (BBO #704360) <br> Joshua M. Adler (BBO# 706905) <br> One Federal Street <br> Boston, MA  02110-1726 <br> Tel.:  (617) 341-7828 <br> Fax:  (617) 341-7701 <br> keri.engelman@morganlewis.com <br> joshua.adler@morganlewis.com |
|  | Jeremy P. Blumenfeld (*pro hac vice forthcoming*) <br> 1701 Market Street <br> Philadelphia, PA 19103 <br> Tel.:  (215) 963-5000 <br> Fax:  (215) 963-5001 <br> jeremy.blumenfeld@morganlewis.com |
|  | Stephanie R. Reiss (*pro hac vice forthcoming*) <br> One Oxford Centre, 32nd Fl. <br> Pittsburgh, PA  15219 <br> Tel.:  (412) 560-3378 <br> Fax:  (412) 560-3700 <br> stephanie.reiss@morganlewis.com |

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Plaintiffs and Defendants conferred in good faith regarding the foregoing motion, and on February 22, 2022, counsel for Plaintiffs assented to this motion.

*/s/ Keri L. Engelman*
Keri L. Engelman

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2022, I electronically filed the forgoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keri L. Engelman*
Keri L. Engelman