# EXHIBIT 1

## Children's Hospital Corporation
## Tax Deferred Annuity Plan

## Retirement Savings Statement
October 1, 2019 - December 31, 2019

```
MN 53051          T
                              ENV#MN000031
KAREN GINSBURG
11 BOULDER WAY
SWAMPSCOTT, MA 01907
```

For online access, log on at:
http://www.fidelity.com/atwork
For information, call: (800) 343-0860

## Your Account Summary

| | |
|---|---:|
| **Beginning Balance** | **$1,037.25** |
| Withdrawals | -1,047.38 |
| Credits/Fees | -25.00 |
| Change in Account Value | 35.13 |
| **Ending Balance** | **$0.00** |

**Your Personal Rate of Return**

| | |
|---|---:|
| This Period | 3.4% |
| Year to Date | 16.1% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Account Value
This section displays the value of your account for the statement period in both shares/units and dollars.

### TARGET DATE-FIDELITY FREEDOM FUNDS

| Investment | Shares/Units on 09/30/2019 | Shares/Units on 12/31/2019 | Price on 09/30/2019 | Price on 12/31/2019 | Account Value on 09/30/2019 | Account Value on 12/31/2019 |
|---|---:|---:|---:|---:|---:|---:|
| **Blended Investments** | | | | | $1,037.25 | $0.00 |
| Fid Freedom 2025 K | 74.730 | 0.000 | $13.88 | $14.30 | 1,037.25 | 0.00 |
| **Account Total** | | | | | **$1,037.25** | **$0.00** |

Remember that a dividend payment reduces the share/unit price of the investment, so a decrease in share/unit price for the quarterly period does not necessarily reflect lower investment performance.

\* Some of your investments are classified as a Blended Investment. Blended Investments may include a mixture of stocks, bonds/stable value, and/or short-term assets. Please refer to the "Additional Investment Information" section to determine the allocation of your blended investments' underlying assets.

Please check your account information frequently and promptly review correspondence, account statements, and confirmations as they are made available to you. Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received your account documents or information.

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

Children's Hospital Corporation
Tax Deferred Annuity Plan

Statement Period: 10/01/2019 to 12/31/2019

## Account Value (continued)

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

## Your Contribution Elections as of 02/01/2022
This section displays the investments in which your future contributions will be invested.

| *Investment* | *Rollover IRA* | *Rollover-401(A)* | *Employee Voluntary* | *Rollover-403(B)* | *Rollover-457(B)* |
|---|---|---|---|---|---|
| Fid Freedom 2025 K | 100% | 100% | 100% | 100% | 100% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** |

| *Investment* | *Employer Match* | *Employer Non-Elective* | *Hospital Non-Elective* | *QNEC* | *Roth Basic* |
|---|---|---|---|---|---|
| Fid Freedom 2025 K | 100% | 100% | 100% | 100% | 100% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** |

| *Investment* | *Roth Rollover* | *Employer Research Fellow* |
|---|---|---|
| Fid Freedom 2025 K | 100% | 100% |
| **Total** | **100%** | **100%** |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| *Activity* | *Fid Freedom 2025 K* |
|---|---|
| **Beginning Balance** | **$1,037.25** |
| Withdrawals | -1,047.38 |
| Overnight Mailing Fee | -25.00 |
| Change in Account Value | 35.13 |
| **Ending Balance** | **$0.00** |

## Your Transaction Detail
This section will provide you with detailed day to day activity in your account during the statement period.

| *Fund* | *Trade Date* | *Transaction Type* | *Shares/Units* | *Price* | *Transaction Amount* |
|---|---|---|---|---|---|
| **Employer Match** | | | | | |
| Fid Freedom 2025 K | 12/02/2019 | Fees | -1.742 | $14.35 | -25.00 |
| | 12/02/2019 | Realized G/L | | | $0.50 |
| | 12/02/2019 | Withdrawal | -72.988 | $14.35 | -1,047.38 |
| | 12/02/2019 | Realized G/L | 0.000 | $14.35 | $20.08 |

## Your Account Information

**Deferrals**
Roth Basic                               0%

Children's Hospital Corporation
Tax Deferred Annuity Plan

Statement Period: 10/01/2019 to 12/31/2019

## A Message From Fidelity

Please note, your quarterly statement may include a Revenue Credit allocation to your plan account. Revenue credits may be used by the Plan to reduce or offset plan recordkeeping expenses or allocated to participant accounts. The amount of credit, if any, may vary from time to time and will be invested in proportion to your investment holdings.

If you have questions or would like more information about the Boston Childrens Hospital Retirement Program's investment lineup and fee credits, visit Fidelity NetBenefits® at www.netbenefits.com/BCH or call Fidelity at 1-800-343-0860 to speak with a representative.

934539.1.0

## A Message From Fidelity Investments

To access performance information on the investment options available in your Plan - log onto www.netbenefits.com or call your plan's toll-free number.

Before investing in any mutual fund please carefully consider the investment objectives, risks, charges and expenses. For this and other information, call or write Fidelity for a free prospectus. Read it carefully before you invest.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, Rhode Island 02917.

459279

Children's Hospital Corporation  
Tax Deferred Annuity Plan

Statement Period: 10/01/2019 to 12/31/2019

# Glossary

*Account/Market Value*  
Number of shares/units in your account times the price per share/unit of the investment.

*Annuity*  
A fixed annuity guarantees a stated rate of return for a specific period of time. A variable annuity allows a participant to allocate his/her premium among a number of investment portfolios. The contract value of a variable annuity will fluctuate to reflect the performance of the underlying investments held in those portfolios, minus the contract expenses.

*Annuity Fees*  
Annuity contracts may be subject to certain fees, including an annual contract maintenance charge, mortality & expense (M&E) fee, administration fee and a surrender charge. You should carefully review your own annuity contract for further details.

*Average Annual Return*  
The change in share/unit price plus the dividends and interest, divided by the appropriate number of years.

*Change in Account Value*  
The appreciation or depreciation of your holding due to price changes in the investments, plus any dividends and interest earning during the statement period.

*Contribution*  
Investments made to your retirement plan either through salary reduction or by your employer during the current statement period. Contributions not received before the end of the reporting period will be reflected on your next statement.

*Dividends and Interest*  
A distribution of income from your investment(s) that is a result of a distribution of earnings from its underlying investments. This amount is automatically reinvested into your account.

*Exchange*  
Money moving from one investment to another. Shares/Units are sold out of one investment and are purchased in another.

*Load/Not-Load Adjusted Returns*  
Load and Not-Load Adjusted Returns reflect all subaccount-level expenses, including M&E fees and underlying investment-level expenses. Load Adjusted Returns, also referred to as "Standardized Returns", are additionally adjusted to reflect load/sales charges, contract charges, and surrender fees while Not-Load Adjusted Returns, also referred to as "Total Returns", do not.

*Price/NAV/AUV*  
The value of one share/unit of each investment in your account is the price. This is determined by taking the total value of the whole investment on any given day, subtracting expenses and dividing the result by the number of shares/units outstanding.

*Rate*  
A stated interest guarantee for a specific period of time. Guarantees may be subject to the claims paying ability of the issuing insurance company. Rates are subject to change.

*Shares/Units*  
Shares/Units represent your portion of ownership in an investment.

### Asset Allocation
Investments can be divided into three major asset classes: Stocks, Bonds/Stable Value, and Short Term Investments. These asset classes represent the different types of underlying securities that may be held in the investment options you own. Please note that you may be invested in a blended fund where the fund holdings are invested in more than one asset class.

*Bonds/Stable Value*  
Bonds can add an income portion to your portfolio. They represent a loan to a corporation or Government Agency, and provide the opportunity for higher current income than short-term investments. Unlike short-term investments and stable value investments, bond prices fluctuate with changes in interest rates.

*Short-Term*  
Short-Term investments can add stability to your portfolio. They provide current income and seek to preserve the value of your investment. They also tend to provide the lowest returns over the long-term. Examples of these investments include certificates of deposit (CDs), Treasury Bills and Money Market Instruments.

*Stocks*  
Stocks can add a growth component to your portfolio. They represent ownership or equity in the company. Stocks have the potential to outperform other types of investments over the long term. However, stocks tend to have wider price fluctuations over short periods of time than other securities.

### Market Indices
A market index can measure the general trends in the performance of particular market segments. You can use the appropriate market index to compare the performance (Average Annual Return) of the options in which you are invested.

*Dow Jones Industrial Average*  
This is an unmanaged index of common stocks of the 30 major industrial companies and assumes reinvestment of dividends.

*Barclays Gov/Corp Bond*  
This measures the total return of over 6,000 high-quality bond issues, including government, corporate, and mortgage sectors. Bonds in this price-weighted index have an average maturity of 10 years.

*Morgan Stanley EAFE*  
The MSCI EAFE Index is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada. The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.

*Standard and Poor's 500*  
The S&P 500 is a registered service mark of The McGraw-Hill Companies, Inc., and has been licensed for use by Fidelity Distributors Corporation and its affiliates. It is a widely recognized, unmanaged index of 500 U.S. common stocks.

## Children's Hospital Corporation
## Tax Deferred Annuity Plan

## Retirement Savings Statement
October 1, 2019 - December 31, 2019

MN 53051        T
ENV#MN000051

JASON LUTAN
740 EAST 7TH ST.
APT 31
BOSTON, MA 02127

For online access, log on at:
http://www.fidelity.com/atwork
For information, call: (800) 343-0860

## Your Account Summary

| | |
|---|---:|
| **Beginning Balance** | **$8.92** |
| Employee Contributions | 63.15 |
| Employer Contributions | 31.58 |
| Withdrawals | -114.59 |
| Change in Account Value | 10.94 |
| **Ending Balance** | **$0.00** |

| **Your Personal Rate of Return** | |
|---|---:|
| This Period | 9.2% |
| Year to Date | 25.4% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings.  It reflects the results of your investment selections as well as any activity in the plan account(s) shown.  There are other Personal Rate of Return formulas used that may yield different results.  Remember that past performance is no guarantee of future results.

## Account Value
This section displays the value of your account for the statement period in both shares/units and dollars.

### TARGET DATE-FIDELITY FREEDOM FUNDS

| Investment | Shares/Units on 09/30/2019 | Shares/Units on 12/31/2019 | Price on 09/30/2019 | Price on 12/31/2019 | Account Value on 09/30/2019 | Account Value on 12/31/2019 |
|---|---:|---:|---:|---:|---:|---:|
| **Blended Investments** | | | | | **$8.92** | **$0.00** |
| Fid Freedom 2040 K | 0.898 | 0.000 | $9.93 | $10.58 | 8.92 | 0.00 |
| **Account Total** | | | | | **$8.92** | **$0.00** |

Remember that a dividend payment reduces the share/unit price of the investment, so a decrease in share/unit price for the quarterly period does not necessarily reflect lower investment performance.

* Some of your investments are classified as a Blended Investment.  Blended Investments may include a mixture of stocks, bonds/stable value, and/or short-term assets.  Please refer to the "Additional Investment Information" section to determine the allocation of your blended investments' underlying assets.

Please read this statement carefully.  Any error must be reported to Fidelity Investments within 90 days.

0051    MN000051        0001    20220201    MN3B
Fidelity Investments, P.O. Box 770002, Cincinnati, OH 45277-0090

Page 1 of 4

Children's Hospital Corporation  
Tax Deferred Annuity Plan

Statement Period: 10/01/2019 to 12/31/2019

## Account Value (continued)

Please check your account information frequently and promptly review correspondence, account statements, and confirmations as they are made available to you. Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received your account documents or information.

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

## Your Contribution Elections as of 02/01/2022
This section displays the investments in which your future contributions will be invested.

| Investment | Rollover IRA | Rollover-401(A) | Employee Voluntary | Rollover-403(B) | Rollover-457(B) |
|---|---|---|---|---|---|
| Fid Freedom 2040 K | 100% | 100% | 100% | 100% | 100% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** |

| Investment | Employer Match | Employer Non-Elective | Hospital Non-Elective | QNEC | Roth Basic |
|---|---|---|---|---|---|
| Fid Freedom 2040 K | 100% | 100% | 100% | 100% | 100% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** |

| Investment | Roth Rollover | Employer Research Fellow |
|---|---|---|
| Fid Freedom 2040 K | 100% | 100% |
| **Total** | **100%** | **100%** |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Fid Freedom 2040 K |
|---|---|
| **Beginning Balance** | **$8.92** |
| Employee Contributions | 63.15 |
| Employer Contributions | 31.58 |
| Withdrawals | -114.59 |
| Change in Account Value | 10.94 |
| **Ending Balance** | **$0.00** |

## Your Transaction Detail
This section will provide you with detailed day to day activity in your account during the statement period.

| Fund | Trade Date | Transaction Type | Shares/Units | Price | Transaction Amount |
|---|---|---|---|---|---|
| **Employee Voluntary** | | | | | |
| Fid Freedom 2040 K | 10/04/2019 | Contribution | 6.411 | $9.85 | $63.15 |
| | 12/23/2019 | Withdrawal | -7.009 | $10.85 | -76.05 |
| | 12/23/2019 | Realized G/L | | | $6.89 |
| **Employer Match** | | | | | |
| Fid Freedom 2040 K | 10/08/2019 | Co Match | 3.252 | $9.71 | $31.58 |
| | 12/23/2019 | Withdrawal | -3.552 | $10.85 | -38.54 |
| | 12/23/2019 | Realized G/L | | | $3.95 |

Children's Hospital Corporation  
Tax Deferred Annuity Plan

Statement Period: 10/01/2019 to 12/31/2019

## Your Account Information

**Deferrals**
Roth Basic                                                    0%

## A Message From Fidelity

Please note, your quarterly statement may include a Revenue Credit allocation to your plan account. Revenue credits may be used by the Plan to reduce or offset plan recordkeeping expenses or allocated to participant accounts. The amount of credit, if any, may vary from time to time and will be invested in proportion to your investment holdings.

If you have questions or would like more information about the Boston Childrens Hospital Retirement Program's investment lineup and fee credits, visit Fidelity NetBenefits® at www.netbenefits.com/BCH or call Fidelity at 1-800-343-0860 to speak with a representative.

934539.1.0

## A Message From Fidelity Investments

To access performance information on the investment options available in your Plan - log onto www.netbenefits.com or call your plan's toll-free number.

Before investing in any mutual fund please carefully consider the investment objectives, risks, charges and expenses. For this and other information, call or write Fidelity for a free prospectus. Read it carefully before you invest.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, Rhode Island 02917.

459279

Children's Hospital Corporation  
Tax Deferred Annuity Plan

Statement Period: 10/01/2019 to 12/31/2019

# Glossary

*Account/Market Value*  
Number of shares/units in your account times the price per share/unit of the investment.

*Annuity*  
A fixed annuity guarantees a stated rate of return for a specific period of time. A variable annuity allows a participant to allocate his/her premium among a number of investment portfolios. The contract value of a variable annuity will fluctuate to reflect the performance of the underlying investments held in those portfolios, minus the contract expenses.

*Annuity Fees*  
Annuity contracts may be subject to certain fees, including an annual contract maintenance charge, mortality & expense (M&E) fee, administration fee and a surrender charge. You should carefully review your own annuity contract for further details.

*Average Annual Return*  
The change in share/unit price plus the dividends and interest, divided by the appropriate number of years.

*Change in Account Value*  
The appreciation or depreciation of your holding due to price changes in the investments, plus any dividends and interest earning during the statement period.

*Contribution*  
Investments made to your retirement plan either through salary reduction or by your employer during the current statement period. Contributions not received before the end of the reporting period will be reflected on your next statement.

*Dividends and Interest*  
A distribution of income from your investment(s) that is a result of a distribution of earnings from its underlying investments. This amount is automatically reinvested into your account.

*Exchange*  
Money moving from one investment to another. Shares/Units are sold out of one investment and are purchased in another.

*Load/Not-Load Adjusted Returns*  
Load and Not-Load Adjusted Returns reflect all subaccount-level expenses, including M&E fees and underlying investment-level expenses. Load Adjusted Returns, also referred to as "Standardized Returns", are additionally adjusted to reflect load/sales charges, contract charges, and surrender fees while Not-Load Adjusted Returns, also referred to as "Total Returns", do not.

*Price/NAV/AUV*  
The value of one share/unit of each investment in your account is the price. This is determined by taking the total value of the whole investment on any given day, subtracting expenses and dividing the result by the number of shares/units outstanding.

*Rate*  
A stated interest guarantee for a specific period of time. Guarantees may be subject to the claims paying ability of the issuing insurance company. Rates are subject to change.

*Shares/Units*  
Shares/Units represent your portion of ownership in an investment.

---

### Asset Allocation
Investments can be divided into three major asset classes: Stocks, Bonds/Stable Value, and Short Term Investments. These asset classes represent the different types of underlying securities that may be held in the investment options you own. Please note that you may be invested in a blended fund where the fund holdings are invested in more than one asset class.

#### Bonds/Stable Value
Bonds can add an income portion to your portfolio. They represent a loan to a corporation or Government Agency, and provide the opportunity for higher current income than short-term investments. Unlike short-term investments and stable value investments, bond prices fluctuate with changes in interest rates.

#### Short-Term
Short-Term investments can add stability to your portfolio. They provide current income and seek to preserve the value of your investment. They also tend to provide the lowest returns over the long-term. Examples of these investments include certificates of deposit (CDs), Treasury Bills and Money Market Instruments.

#### Stocks
Stocks can add a growth component to your portfolio. They represent ownership or equity in the company. Stocks have the potential to outperform other types of investments over the long term. However, stocks tend to have wider price fluctuations over short periods of time than other securities.

### Market Indices
A market index can measure the general trends in the performance of particular market segments. You can use the appropriate market index to compare the performance (Average Annual Return) of the options in which you are invested.

#### Dow Jones Industrial Average
This is an unmanaged index of common stocks of the 30 major industrial companies and assumes reinvestment of dividends.

#### Barclays Gov/Corp Bond
This measures the total return of over 6,000 high-quality bond issues, including government, corporate, and mortgage sectors. Bonds in this price-weighted index have an average maturity of 10 years.

#### Morgan Stanley EAFE
The MSCI EAFE Index is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada. The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.

#### Standard and Poor's 500
The S&P 500 is a registered service mark of The McGraw-Hill Companies, Inc., and has been licensed for use by Fidelity Distributors Corporation and its affiliates. It is a widely recognized, unmanaged index of 500 U.S. common stocks.

# Children's Hospital Corporation
# Tax Deferred Annuity Plan

# Retirement Savings Statement

April 1, 2019 - June 30, 2019

```
MN 53051          T
                         ENV#MN000015
BRIAN MINSK
95 BRONFIELD ST
APT 2
QUINCY, MA 02170
```

For online access, log on at:
http://www.fidelity.com/atwork
For information, call: (800) 343-0860

## Your Account Summary

| | |
|---|---:|
| **Beginning Balance** | **$4,088.30** |
| Employer Contributions | 0.01 |
| Withdrawals | -4,071.17 |
| Change in Account Value | -17.14 |
| **Ending Balance** | **$0.00** |

**Additional Information**
| | |
|---|---:|
| Dividends & Interest | $159.91 |

**Your Personal Rate of Return**
| | |
|---|---:|
| This Period | -0.4% |
| Year to Date | 11.0% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Account Value
This section displays the value of your account for the statement period in both shares/units and dollars.

**TARGET DATE-FIDELITY FREEDOM FUNDS**

| Investment | Shares/Units on 03/31/2019 | Shares/Units on 06/30/2019 | Price on 03/31/2019 | Price on 06/30/2019 | Account Value on 03/31/2019 | Account Value on 06/30/2019 |
|---|---:|---:|---:|---:|---:|---:|
| **Blended Investments** | | | | | $4,088.30 | $0.00 |
| Fid Freedom 2055 K | 312.322 | 0.000 | $13.09 | $12.98 | 4,088.30 | 0.00 |
| **Account Total** | | | | | **$4,088.30** | **$0.00** |

Remember that a dividend payment reduces the share/unit price of the investment, so a decrease in share/unit price for the quarterly period does not necessarily reflect lower investment performance.

\* Some of your investments are classified as a Blended Investment. Blended Investments may include a mixture of stocks, bonds/stable value, and/or short-term assets. Please refer to the "Additional Investment Information" section to determine the allocation of your blended investments' underlying assets.

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

Children's Hospital Corporation  
Tax Deferred Annuity Plan

Statement Period: 04/01/2019 to 06/30/2019

## Account Value (continued)

Please check your account information frequently and promptly review correspondence, account statements, and confirmations as they are made available to you. Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received your account documents or information.

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

## Your Contribution Elections as of 02/01/2022
This section displays the investments in which your future contributions will be invested.

| Investment | Rollover IRA | Rollover-401(A) | Employee Voluntary | Rollover-403(B) | Rollover-457(B) |
|---|---|---|---|---|---|
| Fid Freedom 2055 K | 100% | 100% | 100% | 100% | 100% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** |

| Investment | Employer Match | Employer Non-Elective | Hospital Non-Elective | QNEC | Roth Basic |
|---|---|---|---|---|---|
| Fid Freedom 2055 K | 100% | 100% | 100% | 100% | 100% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** |

| Investment | Roth Rollover | Employer Research Fellow |
|---|---|---|
| Fid Freedom 2055 K | 100% | 100% |
| **Total** | **100%** | **100%** |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Fid Freedom 2055 K |
|---|---|
| **Beginning Balance** | $4,088.30 |
| Employer Contributions | 0.01 |
| Withdrawals | -4,071.17 |
| Change in Account Value | -17.14 |
| **Ending Balance** | **$0.00** |
| Dividends & Interest | $159.91 |

## Your Transaction Detail
This section will provide you with detailed day to day activity in your account during the statement period.

| Fund | Trade Date | Transaction Type | Shares/Units | Price | Transaction Amount |
|---|---|---|---|---|---|
| **Employee Voluntary** | | | | | |
| Fid Freedom 2055 K | 05/10/2019 | Dividend | 8.719 | $12.70 | $110.73 |
| | 05/14/2019 | Withdrawal | -224.994 | $12.53 | -2,819.17 |
| | 05/14/2019 | Realized G/L | | | -149.60 |
| **Employer Match** | | | | | |
| Fid Freedom 2055 K | 04/17/2019 | Contribution | 0.001 | $13.37 | $0.01 |
| | 05/10/2019 | Dividend | 3.872 | $12.70 | $49.18 |
| | 05/14/2019 | Withdrawal | -99.920 | $12.53 | -1,252.00 |
| | 05/14/2019 | Realized G/L | | | -78.43 |

Children's Hospital Corporation  
Tax Deferred Annuity Plan

Statement Period: 04/01/2019 to 06/30/2019

## Your Account Information

**Deferrals**
Roth Basic                                                0%

## A Message From Fidelity

Please note, your quarterly statement may include a Revenue Credit allocation to your plan account. Revenue credits may be used by the Plan to reduce or offset plan recordkeeping expenses or allocated to participant accounts. The amount of credit, if any, may vary from time to time and will be invested in proportion to your investment holdings.

If you have questions or would like more information about the Boston Childrens Hospital Retirement Program's investment lineup and fee credits, visit Fidelity NetBenefits® at www.netbenefits.com/BCH or call Fidelity at 1-800-343-0860 to speak with a representative.

934539.1.0

## A Message From Fidelity Investments

To access performance information on the investment options available in your Plan - log onto www.netbenefits.com or call your plan's toll-free number.

Before investing in any mutual fund please carefully consider the investment objectives, risks, charges and expenses. For this and other information, call or write Fidelity for a free prospectus. Read it carefully before you invest.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, Rhode Island 02917.

459279

Children's Hospital Corporation  
Tax Deferred Annuity Plan

Statement Period: 04/01/2019 to 06/30/2019

# Glossary

*Account/Market Value*
Number of shares/units in your account times the price per share/unit of the investment.

*Annuity*
A fixed annuity guarantees a stated rate of return for a specific period of time. A variable annuity allows a participant to allocate his/her premium among a number of investment portfolios. The contract value of a variable annuity will fluctuate to reflect the performance of the underlying investments held in those portfolios, minus the contract expenses.

*Annuity Fees*
Annuity contracts may be subject to certain fees, including an annual contract maintenance charge, mortality & expense (M&E) fee, administration fee and a surrender charge. You should carefully review your own annuity contract for further details.

*Average Annual Return*
The change in share/unit price plus the dividends and interest, divided by the appropriate number of years.

*Change in Account Value*
The appreciation or depreciation of your holding due to price changes in the investments, plus any dividends and interest earning during the statement period.

*Contribution*
Investments made to your retirement plan either through salary reduction or by your employer during the current statement period. Contributions not received before the end of the reporting period will be reflected on your next statement.

*Dividends and Interest*
A distribution of income from your investment(s) that is a result of a distribution of earnings from its underlying investments. This amount is automatically reinvested into your account.

*Exchange*
Money moving from one investment to another. Shares/Units are sold out of one investment and are purchased in another.

*Load/Not-Load Adjusted Returns*
Load and Not-Load Adjusted Returns reflect all subaccount-level expenses, including M&E fees and underlying investment-level expenses. Load Adjusted Returns, also referred to as "Standardized Returns", are additionally adjusted to reflect load/sales charges, contract charges, and surrender fees while Not-Load Adjusted Returns, also referred to as "Total Returns", do not.

*Price/NAV/AUV*
The value of one share/unit of each investment in your account is the price. This is determined by taking the total value of the whole investment on any given day, subtracting expenses and dividing the result by the number of shares/units outstanding.

*Rate*
A stated interest guarantee for a specific period of time. Guarantees may be subject to the claims paying ability of the issuing insurance company. Rates are subject to change.

*Shares/Units*
Shares/Units represent your portion of ownership in an investment.

---

**Asset Allocation**
Investments can be divided into three major asset classes: Stocks, Bonds/Stable Value, and Short Term Investments. These asset classes represent the different types of underlying securities that may be held in the investment options you own. Please note that you may be invested in a blended fund where the fund holdings are invested in more than one asset class.

*Bonds/Stable Value*
Bonds can add an income portion to your portfolio. They represent a loan to a corporation or Government Agency, and provide the opportunity for higher current income than short-term investments. Unlike short-term investments and stable value investments, bond prices fluctuate with changes in interest rates.

*Short-Term*
Short-Term investments can add stability to your portfolio. They provide current income and seek to preserve the value of your investment. They also tend to provide the lowest returns over the long-term. Examples of these investments include certificates of deposit (CDs), Treasury Bills and Money Market Instruments.

*Stocks*
Stocks can add a growth component to your portfolio. They represent ownership or equity in the company. Stocks have the potential to outperform other types of investments over the long term. However, stocks tend to have wider price fluctuations over short periods of time than other securities.

**Market Indices**
A market index can measure the general trends in the performance of particular market segments. You can use the appropriate market index to compare the performance (Average Annual Return) of the options in which you are invested.

*Dow Jones Industrial Average*
This is an unmanaged index of common stocks of the 30 major industrial companies and assumes reinvestment of dividends.

*Barclays Gov/Corp Bond*
This measures the total return of over 6,000 high-quality bond issues, including government, corporate, and mortgage sectors. Bonds in this price-weighted index have an average maturity of 10 years.

*Morgan Stanley EAFE*
The MSCI EAFE Index is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada. The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.

*Standard and Poor's 500*
The S&P 500 is a registered service mark of The McGraw-Hill Companies, Inc., and has been licensed for use by Fidelity Distributors Corporation and its affiliates. It is a widely recognized, unmanaged index of 500 U.S. common stocks.

## Children's Hospital Corporation
## Tax Deferred Annuity Plan

## Retirement Savings Statement

October 1, 2019 - December 31, 2019

MN 53051        T

ENV#MN000057

ADILSON MONTEIRO
22 VANTASSEL DRIVE
RANDOLPH, MA 02368

For online access, log on at:
http://www.fidelity.com/atwork
For information, call: (800) 343-0860

## Your Account Summary

| | |
|---|---:|
| **Beginning Balance** | **$1,764.64** |
| Withdrawals | -1,255.56 |
| Forfeitures | -673.64 |
| Change in Account Value | 164.56 |
| **Ending Balance** | **$0.00** |

**Your Personal Rate of Return**

| | |
|---|---:|
| This Period | 9.3% |
| Year to Date | 25.2% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Account Value
This section displays the value of your account for the statement period in both shares/units and dollars.

### TARGET DATE-FIDELITY FREEDOM FUNDS

| Investment | Shares/Units on 09/30/2019 | Shares/Units on 12/31/2019 | Price on 09/30/2019 | Price on 12/31/2019 | Account Value on 09/30/2019 | Account Value on 12/31/2019 |
|---|---:|---:|---:|---:|---:|---:|
| **Blended Investments** | | | | | $1,764.64 | $0.00 |
| Fid Freedom 2045 K | 156.718 | 0.000 | $11.26 | $12.02 | 1,764.64 | 0.00 |
| **Account Total** | | | | | **$1,764.64** | **$0.00** |

Remember that a dividend payment reduces the share/unit price of the investment, so a decrease in share/unit price for the quarterly period does not necessarily reflect lower investment performance.

\* Some of your investments are classified as a Blended Investment. Blended Investments may include a mixture of stocks, bonds/stable value, and/or short-term assets. Please refer to the "Additional Investment Information" section to determine the allocation of your blended investments' underlying assets.

Please check your account information frequently and promptly review correspondence, account statements, and confirmations as they are made available to you. Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received your account documents or information.

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

Children's Hospital Corporation
Tax Deferred Annuity Plan

Statement Period: 10/01/2019 to 12/31/2019

## Account Value (continued)

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

## Your Contribution Elections as of 02/01/2022
This section displays the investments in which your future contributions will be invested.

| Investment | Rollover IRA | Rollover-401(A) | Employee Voluntary | Rollover-403(B) | Rollover-457(B) |
|---|---|---|---|---|---|
| Fid Freedom 2045 K | 100% | 100% | 100% | 100% | 100% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** |

| Investment | Employer Match | Employer Non-Elective | Hospital Non-Elective | QNEC | Roth Basic |
|---|---|---|---|---|---|
| Fid Freedom 2045 K | 100% | 100% | 100% | 100% | 100% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** |

| Investment | Roth Rollover | Employer Research Fellow |
|---|---|---|
| Fid Freedom 2045 K | 100% | 100% |
| **Total** | **100%** | **100%** |

## Your Account Activity
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Fid Freedom 2045 K |
|---|---|
| **Beginning Balance** | **$1,764.64** |
| Withdrawals | -1,255.56 |
| Forfeitures | -673.64 |
| Change in Account Value | 164.56 |
| **Ending Balance** | **$0.00** |

## Your Transaction Detail
This section will provide you with detailed day to day activity in your account during the statement period.

| Fund | Trade Date | Transaction Type | Shares/Units | Price | Transaction Amount |
|---|---|---|---|---|---|
| **Employee Voluntary** | | | | | |
| Fid Freedom 2045 K | 12/23/2019 | Withdrawal | -101.995 | $12.31 | -1,255.56 |
| | 12/23/2019 | Realized G/L | | | $108.91 |
| **Employer Match** | | | | | |
| Fid Freedom 2045 K | 12/23/2019 | Forfeited Amount | -54.723 | $12.31 | -673.64 |
| | 12/23/2019 | Realized G/L | 0.000 | $12.31 | $57.01 |

## Your Account Information

**Deferrals**
Roth Basic          0%

Children's Hospital Corporation  
Tax Deferred Annuity Plan

Statement Period: 10/01/2019 to 12/31/2019

## A Message From Fidelity

Please note, your quarterly statement may include a Revenue Credit allocation to your plan account. Revenue credits may be used by the Plan to reduce or offset plan recordkeeping expenses or allocated to participant accounts. The amount of credit, if any, may vary from time to time and will be invested in proportion to your investment holdings.

If you have questions or would like more information about the Boston Childrens Hospital Retirement Program's investment lineup and fee credits, visit Fidelity NetBenefits® at www.netbenefits.com/BCH or call Fidelity at 1-800-343-0860 to speak with a representative.

934539.1.0

## A Message From Fidelity Investments

To access performance information on the investment options available in your Plan - log onto www.netbenefits.com or call your plan's toll-free number.

Before investing in any mutual fund please carefully consider the investment objectives, risks, charges and expenses. For this and other information, call or write Fidelity for a free prospectus. Read it carefully before you invest.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, Rhode Island 02917.

459279

Children's Hospital Corporation
Tax Deferred Annuity Plan

Statement Period: 10/01/2019 to 12/31/2019

# Glossary

*Account/Market Value*
   Number of shares/units in your account times the price per share/unit of the investment.

*Annuity*
   A fixed annuity guarantees a stated rate of return for a specific period of time. A variable annuity allows a participant to allocate his/her premium among a number of investment portfolios. The contract value of a variable annuity will fluctuate to reflect the performance of the underlying investments held in those portfolios, minus the contract expenses.

*Annuity Fees*
   Annuity contracts may be subject to certain fees, including an annual contract maintenance charge, mortality & expense (M&E) fee, administration fee and a surrender charge. You should carefully review your own annuity contract for further details.

*Average Annual Return*
   The change in share/unit price plus the dividends and interest, divided by the appropriate number of years.

*Change in Account Value*
   The appreciation or depreciation of your holding due to price changes in the investments, plus any dividends and interest earning during the statement period.

*Contribution*
   Investments made to your retirement plan either through salary reduction or by your employer during the current statement period. Contributions not received before the end of the reporting period will be reflected on your next statement.

*Dividends and Interest*
   A distribution of income from your investment(s) that is a result of a distribution of earnings from its underlying investments. This amount is automatically reinvested into your account.

*Exchange*
   Money moving from one investment to another. Shares/Units are sold out of one investment and are purchased in another.

*Load/Not-Load Adjusted Returns*
   Load and Not-Load Adjusted Returns reflect all subaccount-level expenses, including M&E fees and underlying investment-level expenses. Load Adjusted Returns, also referred to as "Standardized Returns", are additionally adjusted to reflect load/sales charges, contract charges, and surrender fees while Not-Load Adjusted Returns, also referred to as "Total Returns", do not.

*Price/NAV/AUV*
   The value of one share/unit of each investment in your account is the price. This is determined by taking the total value of the whole investment on any given day, subtracting expenses and dividing the result by the number of shares/units outstanding.

*Rate*
   A stated interest guarantee for a specific period of time. Guarantees may be subject to the claims paying ability of the issuing insurance company. Rates are subject to change.

*Shares/Units*
   Shares/Units represent your portion of ownership in an investment.

## Asset Allocation
Investments can be divided into three major asset classes: Stocks, Bonds/Stable Value, and Short Term Investments. These asset classes represent the different types of underlying securities that may be held in the investment options you own. Please note that you may be invested in a blended fund where the fund holdings are invested in more than one asset class.

### Bonds/Stable Value
Bonds can add an income portion to your portfolio. They represent a loan to a corporation or Government Agency, and provide the opportunity for higher current income than short-term investments. Unlike short-term investments and stable value investments, bond prices fluctuate with changes in interest rates.

### Short-Term
Short-Term investments can add stability to your portfolio. They provide current income and seek to preserve the value of your investment. They also tend to provide the lowest returns over the long-term. Examples of these investments include certificates of deposit (CDs), Treasury Bills and Money Market Instruments.

### Stocks
Stocks can add a growth component to your portfolio. They represent ownership or equity in the company. Stocks have the potential to outperform other types of investments over the long term. However, stocks tend to have wider price fluctuations over short periods of time than other securities.

## Market Indices
A market index can measure the general trends in the performance of particular market segments. You can use the appropriate market index to compare the performance (Average Annual Return) of the options in which you are invested.

### Dow Jones Industrial Average
This is an unmanaged index of common stocks of the 30 major industrial companies and assumes reinvestment of dividends.

### Barclays Gov/Corp Bond
This measures the total return of over 6,000 high-quality bond issues, including government, corporate, and mortgage sectors. Bonds in this price-weighted index have an average maturity of 10 years.

### Morgan Stanley EAFE
The MSCI EAFE Index is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada. The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.

### Standard and Poor's 500
The S&P 500 is a registered service mark of The McGraw-Hill Companies, Inc., and has been licensed for use by Fidelity Distributors Corporation and its affiliates. It is a widely recognized, unmanaged index of 500 U.S. common stocks.