# EXHIBIT 4

## Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

### Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500.**

OMB Nos. 1210-0110
1210-0089

**2020**

**This Form is Open to Public Inspection**

| Part I | Annual Report Identification Information |
|---|---|

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020     and ending  12/31/2020

**A** This return/report is for:
- [ ] a multiemployer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [X] a single-employer plan
- [ ] a DFE (specify) ____

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

| Part II | Basic Plan Information—enter all requested information |
|---|---|

**1a** Name of plan
SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP TAX SAVINGS RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶  002

**1c** Effective date of plan
06/01/1983

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP

C/O KAISER FOUNDATION HEALTH PLAN, INC.

ONE KAISER PLAZA,
20B
OAKLAND, CA 94612

**2b** Employer Identification Number (EIN)
95-1750445

**2c** Plan Sponsor's telephone number
510-271-5940

**2d** Business code (see instructions)
621112

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/14/2021 | MARYANN KHINDA-LOMBARDO |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2020)
v. 200204

Form 5500 (2020) | Page **2**

| 3a | Plan administrator's name and address ☐ Same as Plan Sponsor | 3b | Administrator's EIN 94-1340523 |
|---|---|---|---|

**3a** Plan administrator's name and address ☐ Same as Plan Sponsor

KAISER FOUNDATION HEALTH PLAN, INC.

ONE KAISER PLAZA
20B
OAKLAND, CA 94612

**3b** Administrator's EIN
94-1340523

**3c** Administrator's telephone number
510-271-5940

**4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report:

**a** Sponsor's name

**c** Plan Name

**4b** EIN

**4d** PN

| 5 | Total number of participants at the beginning of the plan year | 5 | 15467 |
|---|---|---|---|

**6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**).

| | | | |
|---|---|---|---|
| **a(1)** Total number of active participants at the beginning of the plan year | | **6a(1)** | 12930 |
| **a(2)** Total number of active participants at the end of the plan year | | **6a(2)** | 12665 |
| **b** Retired or separated participants receiving benefits | | **6b** | 174 |
| **c** Other retired or separated participants entitled to future benefits | | **6c** | 2609 |
| **d** Subtotal. Add lines **6a(2), 6b,** and **6c** | | **6d** | 15448 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. | | **6e** | 27 |
| **f** Total. Add lines **6d** and **6e**. | | **6f** | 15475 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | | **6g** | 11388 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested | | **6h** | 4 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) | | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E    2F    2G    2J    2R    2T    3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

**9a** Plan funding arrangement (check all that apply)
**(1)** ☐ Insurance
**(2)** ☐ Code section 412(e)(3) insurance contracts
**(3)** ☒ Trust
**(4)** ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)
**(1)** ☐ Insurance
**(2)** ☐ Code section 412(e)(3) insurance contracts
**(3)** ☒ Trust
**(4)** ☐ General assets of the sponsor

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

**a Pension Schedules**
**(1)** ☒ **R** (Retirement Plan Information)

**(2)** ☐ **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary

**(3)** ☐ **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary

**b General Schedules**
**(1)** ☒ **H** (Financial Information)
**(2)** ☐ **I** (Financial Information – Small Plan)
**(3)** ☐ ___ **A** (Insurance Information)
**(4)** ☒ **C** (Service Provider Information)
**(5)** ☒ **D** (DFE/Participating Plan Information)
**(6)** ☐ **G** (Financial Transaction Schedules)

Form 5500 (2020)                                                                                 Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) ...........................……..…… ☐ Yes     ☐ No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……….... ☐ Yes     ☐ No

**11c** Enter the Receipt Confirmation Code for the 2020 Form M-1 annual report. If the plan was not required to file the 2020 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

| SCHEDULE C<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | Service Provider Information<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ File as an attachment to Form 5500. | OMB No. 1210-0110<br><br>**2020**<br><br>This Form is Open to Public Inspection. |

| For calendar plan year 2020 or fiscal plan year beginning 01/01/2020 | | and ending 12/31/2020 |

| **A** Name of plan<br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP TAX SAVINGS RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)  ▶  002 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP | **D** Employer Identification Number (EIN)<br>95-1750445 |

| **Part I** | **Service Provider Information (see instructions)** |

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

## 1 Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions).. . . . . . . . . . . . . ☒ Yes ☐ No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
| --- |
| THE VANGUARD GROUP, INC.<br><br>23-1945930 |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
| --- |
| |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
| --- |
| |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
| --- |
| |

Schedule C (Form 5500) 2020                    Page **2-**  1

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2020                                    Page **3** - 1

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

THE VANGUARD GROUP, INC.

23-1945930

| (b)<br>Service Code(s) | (c)<br>Relationship to employer, employee organization, or person known to be a party-in-interest | (d)<br>Enter direct compensation paid by the plan. If none, enter -0-. | (e)<br>Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f)<br>Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g)<br>Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h)<br>Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 15 25 26<br>37 38 52 | NONE | 473410 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b)<br>Service Code(s) | (c)<br>Relationship to employer, employee organization, or person known to be a party-in-interest | (d)<br>Enter direct compensation paid by the plan. If none, enter -0-. | (e)<br>Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f)<br>Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g)<br>Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h)<br>Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b)<br>Service Code(s) | (c)<br>Relationship to employer, employee organization, or person known to be a party-in-interest | (d)<br>Enter direct compensation paid by the plan. If none, enter -0-. | (e)<br>Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f)<br>Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g)<br>Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h)<br>Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

**2.  Information on Other Service Providers Receiving Direct or Indirect Compensation.**  Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

Schedule C (Form 5500) 2020                                          Page **4** - 1

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |
|---|---|

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| Part III | Termination Information on Accountants and Enrolled Actuaries (see instructions) |
|---|---|
| | (complete as many entries as needed) |

| **a** Name: MORRIS, DAVIS, CHAN & TAN LLP | **b** EIN: 94-2214860 |
|---|---|
| **c** Position: ACCOUNTANT | |
| **d** Address: 1080 MARINA VILLAGE PARKWAY SUITE 508 ALAMEDA, CA 94501 | **e** Telephone: 510-250-1000 |

Explanation: FIRM IS NO LONGER IN BUSINESS.

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| SCHEDULE D<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | DFE/Participating Plan Information<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ File as an attachment to Form 5500. | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2020 or fiscal plan year beginning   01/01/2020   and ending   12/31/2020

| **A** Name of plan<br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP TAX SAVINGS RETIREMENT PLAN | **B**   Three-digit<br>plan number (PN)   ▶   002 |
| --- | --- |
| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500<br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP | **D**   Employer Identification Number (EIN)<br>95-1750445 |

| **Part I** | Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)<br>(Complete as many entries as needed to report all interests in DFEs) |
| --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   KP STABLE INCOME FUND

**b** Name of sponsor of entity listed in (a):   GLOBAL TRUST COMPANY

| **c** EIN-PN   27-6936361-001 | **d** Entity code   C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   94750761 |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   VFTC INST TOTAL BOND MKT INDEX TR

**b** Name of sponsor of entity listed in (a):   VANGUARD FIDUCIARY TRUST COMPANY

| **c** EIN-PN   81-6321044-001 | **d** Entity code   C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   104682359 |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   VFTC INST TOTAL STOCK MKT INDEX TR

**b** Name of sponsor of entity listed in (a):   VANGUARD FIDUCIARY TRUST COMPANY

| **c** EIN-PN   81-6316167-001 | **d** Entity code   C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   206795604 |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   VFTC INST TOT INTL STK MKT INDEX TR

**b** Name of sponsor of entity listed in (a):   VANGUARD FIDUCIARY TRUST COMPANY

| **c** EIN-PN   81-6317280-001 | **d** Entity code   C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   30899156 |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   JPMORGAN SMRTRET PASSIVE BLEND 2020

**b** Name of sponsor of entity listed in (a):   JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN   26-1165037-001 | **d** Entity code   C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   30958061 |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   JPMORGAN SMRTRET PASSIVE BLEND 2025

**b** Name of sponsor of entity listed in (a):   JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN   26-1165154-001 | **d** Entity code   C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   54349055 |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   JPMORGAN SMRTRET PASSIVE BLEND 2030

**b** Name of sponsor of entity listed in (a):   JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN   26-1165198-001 | **d** Entity code   C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   46863966 |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    JPMORGAN SMRTRET PASSIVE BLEND 2035

**b** Name of sponsor of entity listed in (a):    JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN  26-1165348-001 | **d** Entity code    C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 58518781 |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    JPMORGAN SMRTRET PASSIVE BLEND 2040

**b** Name of sponsor of entity listed in (a):    JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN  26-1165392-001 | **d** Entity code    C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 57098316 |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    JPMORGAN SMRTRET PASSIVE BLEND 2045

**b** Name of sponsor of entity listed in (a):    JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN  26-1165449-001 | **d** Entity code    C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 46074026 |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    JPMORGAN SMRTRET PASSIVE BLEND 2050

**b** Name of sponsor of entity listed in (a):    JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN  26-1165477-001 | **d** Entity code    C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 27658336 |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    JPMORGAN SMRTRET PASSIVE BLEND 2055

**b** Name of sponsor of entity listed in (a):    JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN  45-5590883-001 | **d** Entity code    C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 11348117 |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    JPMORGAN SMRTRET PASSIVE BLEND 2060

**b** Name of sponsor of entity listed in (a):    JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN  81-3239155-001 | **d** Entity code    C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 2308234 |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    JPMORGAN SMRTRET PASSIVE BLEND INC

**b** Name of sponsor of entity listed in (a):    JPMORGAN CHASE BANK, N.A.

| **c** EIN-PN  26-1164871-001 | **d** Entity code    C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 19477821 |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

Schedule D (Form 5500) 2020                    Page **3 -** [ 1 ]

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** |
|---|---|
| | (Complete as many entries as needed to report all participating plans) |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| SCHEDULE H<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection** |
|---|---|---|

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020 and ending  12/31/2020

| **A** Name of plan<br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP TAX SAVINGS RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)  ▶  002 |
|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP | **D** Employer Identification Number (EIN)<br>95-1750445 |

| **Part I** | **Asset and Liability Statement** |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ........................................ | **1a** | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
|    **(1)** Employer contributions ............................................ | **1b(1)** | 11851 | 31665 |
|    **(2)** Participant contributions .......................................... | **1b(2)** | 23081 | 1667266 |
|    **(3)** Other ...................................................................... | **1b(3)** | | |
| **c** General investments: | | | |
|    **(1)** Interest-bearing cash (include money market accounts & certificates of deposit) ....................................................... | **1c(1)** | | |
|    **(2)** U.S. Government securities ..................................... | **1c(2)** | | |
|    **(3)** Corporate debt instruments (other than employer securities): | | | |
|       **(A)** Preferred ......................................................... | **1c(3)(A)** | | |
|       **(B)** All other ........................................................... | **1c(3)(B)** | | |
|    **(4)** Corporate stocks (other than employer securities): | | | |
|       **(A)** Preferred ......................................................... | **1c(4)(A)** | | |
|       **(B)** Common ........................................................... | **1c(4)(B)** | | |
|    **(5)** Partnership/joint venture interests ........................... | **1c(5)** | | |
|    **(6)** Real estate (other than employer real property) ...... | **1c(6)** | | |
|    **(7)** Loans (other than to participants) ........................... | **1c(7)** | | |
|    **(8)** Participant loans ..................................................... | **1c(8)** | 12094706 | 11703544 |
|    **(9)** Value of interest in common/collective trusts ........... | **1c(9)** | 308507632 | 791782593 |
|    **(10)** Value of interest in pooled separate accounts ....... | **1c(10)** | | |
|    **(11)** Value of interest in master trust investment accounts .......... | **1c(11)** | | |
|    **(12)** Value of interest in 103-12 investment entities ...... | **1c(12)** | | |
|    **(13)** Value of interest in registered investment companies (e.g., mutual funds) ........................................ | **1c(13)** | 642078476 | 368576414 |
|    **(14)** Value of funds held in insurance company general account (unallocated contracts) ................................. | **1c(14)** | | |
|    **(15)** Other ...................................................................... | **1c(15)** | 2705580 | 3681575 |

| | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **1d** Employer-related investments: | | | |
| **(1)** Employer securities........................................................ | **1d(1)** | | |
| **(2)** Employer real property.................................................. | **1d(2)** | | |
| **e** Buildings and other property used in plan operation ...................................... | **1e** | | |
| **f** Total assets (add all amounts in lines 1a through 1e) .............. | **1f** | 965421326 | 1177443057 |

### Liabilities

| | | | |
|---|---|---|---|
| **g** Benefit claims payable ........................................................ | **1g** | | |
| **h** Operating payables ............................................................. | **1h** | | |
| **i** Acquisition indebtedness..................................................... | **1i** | | |
| **j** Other liabilities.................................................................... | **1j** | | |
| **k** Total liabilities (add all amounts in lines 1g through1j) .................................... | **1k** | 0 | 0 |

### Net Assets

| | | | |
|---|---|---|---|
| **l** Net assets (subtract line 1k from line 1f)............................ | **1l** | 965421326 | 1177443057 |

---

## Part II   Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **a** **Contributions:** | | | |
| **(1)** Received or receivable in cash from: **(A)** Employers ............................ | **2a(1)(A)** | 6263827 | |
| **(B)** Participants ................................................ | **2a(1)(B)** | 82167495 | |
| **(C)** Others (including rollovers)................................ | **2a(1)(C)** | 3118967 | |
| **(2)** Noncash contributions ................................................ | **2a(2)** | | |
| **(3)** Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** ............ | **2a(3)** | | 91550289 |
| **b** **Earnings on investments:** | | | |
| **(1)** Interest: | | | |
| **(A)** Interest-bearing cash (including money market accounts and certificates of deposit)........................ | **2b(1)(A)** | | |
| **(B)** U.S. Government securities ...................................... | **2b(1)(B)** | | |
| **(C)** Corporate debt instruments ...................................... | **2b(1)(C)** | | |
| **(D)** Loans (other than to participants) ............................... | **2b(1)(D)** | | |
| **(E)** Participant loans ....................................................... | **2b(1)(E)** | 638585 | |
| **(F)** Other ...................................................................... | **2b(1)(F)** | | |
| **(G)** Total interest. Add lines **2b(1)(A)** through **(F)**................. | **2b(1)(G)** | | 638585 |
| **(2)** Dividends: **(A)** Preferred stock........................................ | **2b(2)(A)** | | |
| **(B)** Common stock ........................................................ | **2b(2)(B)** | | |
| **(C)** Registered investment company shares (e.g. mutual funds)........... | **2b(2)(C)** | 163556912 | |
| **(D)** Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | **2b(2)(D)** | | 163556912 |
| **(3)** Rents ............................................................................ | **2b(3)** | | |
| **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds ................. | **2b(4)(A)** | | |
| **(B)** Aggregate carrying amount (see instructions)................. | **2b(4)(B)** | | |
| **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result ............ | **2b(4)(C)** | | 0 |
| **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate ................. | **2b(5)(A)** | | |
| **(B)** Other ...................................................................... | **2b(5)(B)** | | |
| **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | **2b(5)(C)** | | 0 |

Schedule H (Form 5500) 2020        Page **3**

| | | | (a) Amount | (b) Total |
|---|---|---|---|---|
| (6) | Net investment gain (loss) from common/collective trusts...................... | 2b(6) | | 46877978 |
| (7) | Net investment gain (loss) from pooled separate accounts ..................... | 2b(7) | | |
| (8) | Net investment gain (loss) from master trust investment accounts ......... | 2b(8) | | |
| (9) | Net investment gain (loss) from 103-12 investment entities ................... | 2b(9) | | |
| (10) | Net investment gain (loss) from registered investment companies (e.g., mutual funds) .............................. | 2b(10) | | -34889097 |
| c | Other income ................................................................................ | 2c | | 414755 |
| d | Total income. Add all **income** amounts in column (b) and enter total.................. | 2d | | 268149422 |

### Expenses

| | | | | |
|---|---|---|---|---|
| e | Benefit payment and payments to provide benefits: | | | |
| (1) | Directly to participants or beneficiaries, including direct rollovers............. | 2e(1) | 55637635 | |
| (2) | To insurance carriers for the provision of benefits ............................. | 2e(2) | | |
| (3) | Other................................................................................ | 2e(3) | 3950 | |
| (4) | Total benefit payments. Add lines **2e(1)** through **(3)** ............................. | 2e(4) | | 55641585 |
| f | Corrective distributions (see instructions) ............................................... | 2f | | 5086 |
| g | Certain deemed distributions of participant loans (see instructions)............... | 2g | | 15460 |
| h | Interest expense.................................................................................... | 2h | | |
| i | Administrative expenses: **(1)** Professional fees ............................. | 2i(1) | | |
| (2) | Contract administrator fees .............................................................. | 2i(2) | | |
| (3) | Investment advisory and management fees ........................................ | 2i(3) | | |
| (4) | Other ............................................................................................ | 2i(4) | 465560 | |
| (5) | Total administrative expenses. Add lines **2i(1)** through **(4)** ...................... | 2i(5) | | 465560 |
| i | Total expenses. Add all **expense** amounts in column (b) and enter total ....... | 2j | | 56127691 |

### Net Income and Reconciliation

| | | | | |
|---|---|---|---|---|
| k | Net income (loss). Subtract line **2j** from line **2d**.............................. | 2k | | 212021731 |
| l | Transfers of assets: | | | |
| (1) | To this plan ................................................................................... | 2l(1) | | |
| (2) | From this plan ............................................................................... | 2l(2) | | |

---

### Part III    Accountant's Opinion

**3**    Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a**   The attached opinion of an independent qualified public accountant for this plan is (see instructions):

     **(1)** [X] Unmodified    **(2)** [ ] Qualified    **(3)** [ ] Disclaimer    **(4)** [ ] Adverse

**b**   Check the appropriate box(es) to indicate whether the IQPA performed an ERISA section 103(a)(3)(C) audit. Check both boxes (1) and (2) if the audit was performed pursuant to both 29 CFR 2520.103-8 and 29 CFR 2520.103-12(d). Check box (3) if pursuant to neither.

     **(1)** [ ] DOL Regulation 2520.103-8   **(2)** [ ] DOL Regulation 2520.103-12(d)   **(3)** [X] neither DOL Regulation 2520.103-8 nor DOL Regulation 2520.103-12(d).

**c**   Enter the name and EIN of the accountant (or accounting firm) below:

     **(1)** Name:   MOSS ADAMS LLP          **(2)** EIN:   91-0189318

**d**   The opinion of an independent qualified public accountant is **not attached** because:

     **(1)** [ ] This form is filed for a CCT, PSA, or MTIA.    **(2)** [ ] It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

### Part IV    Compliance Questions

**4**    CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) .................. | 4a | | X | |

| | | Yes | No | Amount |
|---|---|---|---|---|
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) .................................................................... **4b** | | X | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) .................................... **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.) .................................................................... **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond?.................................................................... **4e** | X | | 85000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? .................................................................... **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? .................................... **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? .................. **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.).................................................................... **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked and see instructions for format requirements.).................................................................... **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? .................................................................... **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? .................................... **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.).................................................................... **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3.................................... **4n** | | | |

**5a**  Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes  ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b**  If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c**  Was the plan a defined benefit plan covered under the PBGC insurance program at any time during this plan year? (See ERISA section 4021 and instructions.) …………………………………………………………………………………………………… ☐ Yes  ☐ No  ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year _____.

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

| For calendar plan year 2020 or fiscal plan year beginning | 01/01/2020 | and ending | 12/31/2020 |
|---|---|---|---|

| **A** Name of plan<br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP TAX SAVINGS RETIREMENT PLAN | **B** Three-digit plan number (PN) ▶ | 002 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP | **D** Employer Identification Number (EIN)<br>95-1750445 |
|---|---|

| **Part I** | **Distributions** |
|---|---|

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions……………………………………………………………………………………… | **1** |

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):    23-2186884    _____    _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year……………………………………………………………………………………… | **3** |

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ...................... ☐ Yes   ☐ No   ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   **Date:**   Month _____   Day _____   Year _____

**If you completed line MB, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6   a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ........................................... | **6a** |

**b** Enter the amount contributed by the employer to the plan for this plan year ................................. | **6b** |

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount).......................... | **6c** |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline?........................................ ☐ Yes   ☐ No   ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ............................................ ☐ Yes   ☐ No   ☐ N/A

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box.................................................. ☐ Increase   ☐ Decrease   ☐ Both   ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ............. ☐ Yes   ☐ No

**11   a** Does the ESOP hold any preferred stock? ......................................................................................... ☐ Yes   ☐ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ................................................... ☐ Yes   ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market?.................................. ☐ Yes   ☐ No

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**          Schedule R (Form 5500) 2020<br>v. 200204

Schedule R (Form 5500) 2020                                                      Page **2** - ☐ 1

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13** Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify):

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

| | | |
|---|---|---|
| **14** | Enter the number of deferred vested and retired participants (inactive participants), as of the beginning of the plan year, whose contributing employer is no longer making contributions to the plan for: | |
| **a** The current plan year. Check the box to indicate the counting method used to determine the number of inactive participants: ☐ last contributing employer ☐ alternative ☐ reasonable approximation (see instructions for required attachment).................................................................................................. | **14a** | |
| **b** The plan year immediately preceding the current plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment)................................ | **14b** | |
| **c** The second preceding plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment)................................................................ | **14c** | |
| **15** | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | |
| **a** The corresponding number for the plan year immediately preceding the current plan year............................ | **15a** | |
| **b** The corresponding number for the second preceding plan year ................................................................ | **15b** | |
| **16** | Information with respect to any employers who withdrew from the plan during the preceding plan year: | |
| **a** Enter the number of employers who withdrew during the preceding plan year  ............................................. | **16a** | |
| **b** If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers ................................................................................... | **16b** | |
| **17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ...................................................................................................................................... ☐ | | |

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment.................................................................................................................................. ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)
    **a** Enter the percentage of plan assets held as:
        Stock: _____% Investment-Grade Debt: _____% High-Yield Debt: _____% Real Estate: _____% Other: _____%
    **b** Provide the average duration of the combined investment-grade and high-yield debt:
        ☐ 0-3 years ☐ 3-6 years ☐ 6-9 years ☐ 9-12 years ☐ 12-15 years ☐ 15-18 years ☐ 18-21 years ☐ 21 years or more
    **c** What duration measure was used to calculate line 19(b)?
        ☐ Effective duration ☐ Macaulay duration ☐ Modified duration ☐ Other (specify):

**20** **PBGC missed contribution reporting requirements.** If this is a multiemployer plan or a single-employer plan that is not covered by PBGC, skip line 20.
    **a** Is the amount of unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 greater than zero? ☐ Yes ☐ No
    **b** If line 20a is "Yes," has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:
        ☐ Yes.
        ☐ No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.
        ☐ No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.
        ☐ No. Other. Provide explanation_____



# Report of Independent Auditors

To the Investment Committee
Southern California Permanente Medical Group Tax Savings Retirement Plan
Trust No. 90480 and No. 94480

## Report on the Financial Statements

We have audited the accompanying financial statements of the Southern California Permanente Medical Group Tax Savings Retirement Plan (the Plan), which comprise the statement of net assets available for benefits as of December 31, 2020, and the related statement of changes in net assets available for benefits for the year then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's Responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

1

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the net assets available for benefits of the Plan as of December 31, 2020, and the changes in net assets available for benefits for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Prior Period Financial Statements*

The financial statements of the Plan as of and for the year ended December 31, 2019, were audited by other auditors whose report dated August 24, 2020, expressed an unmodified opinion of those statements.

**Report on Supplemental Information**

Our audit was conducted for the purpose of forming an opinion on the financial statements as a whole. The Schedule H, line 4(i) – schedule of assets (held at end of year) as of December 31, 2020, is presented for the purpose of additional analysis and is not a required part of the financial statements, but is supplementary information required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974. Such information is the responsibility of Plan management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated, in all material respects, in relation to the financial statements as a whole.

*Moss Adams LLP*

San Francisco, California
October 11, 2021

2



*Report of Independent Auditors and*
*Financial Statements with Supplementary Information*

**Southern California Permanente Medical**
**Group Tax Savings Retirement Plan**
**Trust No. 90480 and No 94480**

*December 31, 2020 and 2019*



# Table of Contents

**REPORT OF INDEPENDENT AUDITORS** ................................................................................................1

**FINANCIAL STATEMENTS**

    Statements of Net Assets Available for Benefits..............................................................................4

    Statements of Changes in Net Assets Available for Benefits ..........................................................5

    Notes to Financial Statements .........................................................................................................6

**SUPPLEMENTARY INFORMATION**

    Schedule H, Line 4(i) – Schedule of Assets (Held at End of Year) ................................................12

All other schedules required by Section 2520.103-10 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.



# Report of Independent Auditors

To the Investment Committee
Southern California Permanente Medical Group Tax Savings Retirement Plan
Trust No. 90480 and No. 94480

## Report on the Financial Statements

We have audited the accompanying financial statements of the Southern California Permanente Medical Group Tax Savings Retirement Plan (the Plan), which comprise the statement of net assets available for benefits as of December 31, 2020, and the related statement of changes in net assets available for benefits for the year then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's Responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

1

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the net assets available for benefits of the Plan as of December 31, 2020, and the changes in net assets available for benefits for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Prior Period Financial Statements*

The financial statements of the Plan as of and for the year ended December 31, 2019, were audited by other auditors whose report dated August 24, 2020, expressed an unmodified opinion of those statements.

**Report on Supplemental Information**

Our audit was conducted for the purpose of forming an opinion on the financial statements as a whole. The Schedule H, line 4(i) – schedule of assets (held at end of year) as of December 31, 2020, is presented for the purpose of additional analysis and is not a required part of the financial statements, but is supplementary information required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974. Such information is the responsibility of Plan management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated, in all material respects, in relation to the financial statements as a whole.

*Moss Adams LLP*

San Francisco, California
October 11, 2021

2

# Financial Statements

**Southern California Permanente Medical Group**
**Tax Savings Retirement Plan**
**Statements of Net Assets Available for Benefits**
**December 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---|---|
| Assets |  |  |
| Investments, at fair value | $ 1,164,040,582 | $ 953,291,688 |
| Receivables |  |  |
| Employer contribution | 31,665 | 11,851 |
| Participant contribution | 1,667,266 | 23,081 |
| Notes receivable from participants | 11,703,544 | 12,094,706 |
|  | 13,402,475 | 12,129,638 |
| Net assets available for benefits | $ 1,177,443,057 | $ 965,421,326 |

See accompanying notes.

# Southern California Permanente Medical Group
# Tax Savings Retirement Plan
### Statements of Changes in Net Assets Available for Benefits
### Years Ended December 31, 2020 and 2019

|  | 2020 | 2019 |
|---|---|---|
| Additions |  |  |
| Investment income |  |  |
| Net appreciation in fair value of investments | $ 10,211,340 | $ 131,321,588 |
| Interest and dividends | 165,749,208 | 33,310,682 |
|  | 175,960,548 | 164,632,270 |
| Contributions |  |  |
| Employer | 6,263,827 | 234,156 |
| Participants | 82,167,495 | 74,011,202 |
| Rollovers | 3,118,967 | 4,889,633 |
|  | 91,550,289 | 79,134,991 |
| Interest income on notes receivable from participants | 638,585 | 617,350 |
| Total additions | 268,149,422 | 244,384,611 |
| Deductions |  |  |
| Benefits paid to participants | 55,658,181 | 52,218,663 |
| Administrative expenses | 469,510 | 540,526 |
| Total deductions | 56,127,691 | 52,759,189 |
| Net increase | 212,021,731 | 191,625,422 |
| Net assets available for benefits |  |  |
| Beginning of year | 965,421,326 | 773,795,904 |
| End of year | $ 1,177,443,057 | $ 965,421,326 |

See accompanying notes.

# Southern California Permanente Medical Group
# Tax Savings Retirement Plan
### Notes to Financial Statements

---

**NOTE A – DESCRIPTION OF THE PLAN**

The following description of the Southern California Permanente Medical Group Tax Savings Retirement Plan (the Plan) provides only general information. Participants should refer to the Plan document for a more complete description of the Plan's provisions.

**General** – The Plan is a defined contribution plan which is intended to comply with the provisions of Section 401(a) and 401(k) of the Internal Revenue Code (IRC) and the Employee Retirement Income Security Act of 1974 (ERISA), as amended. The purpose of the Plan is to provide additional retirement benefits for employees of the Southern California Permanente Medical Group who meet specified requirements.

**Trustee and Custodian** – Vanguard Fiduciary Trust Company (Vanguard) serves as the trustee for the mutual funds and certain collective investment funds. Global Trust Company and State Street Bank and Trust Company (State Street) serve as the trustee and custodian, respectively, of the Kaiser Permanente Collective Investment Trust.

**Contributions** – A participant may elect to make contributions, through payroll deduction, in increments of 1% up to a maximum of 75% of compensation on a pretax basis subject to applicable limitations set by the Internal Revenue Service (IRS). A participant may also elect to make Roth elective contributions in similar increments as the pretax contributions. As defined in the Plan document, elective contributions under the Plan represent pretax elective contributions unless the participant designates them as Roth elective contributions at the time of cash or deferred election.

**Vesting** – Each participant is fully and immediately vested at all times in his or her employee contribution accounts unless a transfer account where the applicable vesting applies. Participant vests 20% per year of service in his or her employer contribution account and is 100% vested after 5 years of service.

**Participant accounts** – Each participant's account is credited with the participant's pretax and Roth contributions plus allocated plan earnings and losses and charged with administrative expenses. Allocations are based on participant account balances, as defined. The expenses incurred in operating the Plan, including the fees paid to accountants, legal professionals, and other plan service providers, may be charged against the accounts of plan participants at the discretion of the Administrative Committee or the Investment Committee (the Committees) as defined in the Plan document. During the current year, these fees were paid by the plan sponsor. The Committees may use such discretion to charge these administrative expenses to participant accounts in future years. Any actual administrative expenses charged to a participant's account shall be reflected in the participant's quarterly account statement. The benefit to which a participant is entitled is based on the participant's vested account balance.

**Notes receivable from participants** – A participant with a minimum account balance of at least $2,000 may borrow up to the lesser of 50% of his or her account balance or $50,000, reduced by the highest outstanding loan balances carried by the participant in this and/or all other employer plans during the 12-month period prior to the new loan. The term of the loan is limited to not more than 5 years, except for residential loans which may be extended up to 15 years. The interest rate is "Prime Rate" plus 1%. Loan repayments are made through payroll deductions and are credited to the participant's account. As of December 31, 2020, rates of interest on outstanding loans ranged from 4.25% to 9.25%, with various maturities as December 2035.

**Payment of benefits** – A participant shall be entitled to receive all or a portion of his or her accounts upon occurrence of the earlier of the participant's retirement, death, disability, termination of employment, attainment of age 59½, or the participant's hardship, as defined by the Plan document.

**Forfeitures** – Forfeitures are used to pay Plan administrative expenses and to reduce future employer contributions.

**NOTE B – SIGNIFICANT ACCOUNTING POLICIES**

The following are the significant accounting policies followed by the Plan.

**Basis of accounting** – The accompanying financial statements are prepared on the accrual basis of accounting in accordance with U.S. generally accepted accounting principles (GAAP).

**Use of estimates** – The preparation of financial statements in accordance with GAAP requires plan management to make estimates and assumptions that affect certain reported amounts in the financial statements and accompanying notes. Accordingly, actual results may differ from those estimates.

**Investment valuation and income recognition** – Investments are reported at fair value. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date (see Note C – Fair Value Measurements).

Purchases and sales of securities are recorded on a trade date basis. Net realized and unrealized appreciation (depreciation) is recorded in the accompanying Statements of Changes in Net Assets Available for Benefits as net appreciation (depreciation) in fair value of investments. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date.

**Notes receivable from participants** – Notes receivable from participants are measured at their unpaid principal balance plus any accrued but unpaid interest. Interest income on notes receivable from participants is recorded on the accrual basis. Delinquent notes receivable from participants are reclassified as distributions based upon the terms of the plan document. Fees related to the administration of notes receivable from participants are charged directly to the participant's account and are included in the notes receivable from participants on the Statements of Net Assets Available for Benefits.

**Payment of benefits** – Benefits are recorded when paid.

**Administrative expenses** – Expenses for maintaining the Plan including the fees paid to accountants, legal professionals, and other plan service providers may be paid by the Plan. During the current year, these fees were paid by the Plan Sponsor. Investment advisory fees and other participant-initiated consulting fees are allocated based on participants account balances and are included in administrative expenses.

**Subsequent events** – The Plan's financial statements have been evaluated for subsequent events or transactions for potential recognition through October 11, 2021, the date the financial statements are available to be issued. Plan management determined that there are no subsequent events or transactions that require disclosure to, or adjustment in, the financial statements.

**Southern California Permanente Medical Group**
**Tax Savings Retirement Plan**
**Notes to Financial Statements**

**Reclassification** – Certain amounts in the prior year's notes to financial statements were reclassified to conform with current year presentation.

**NOTE C – FAIR VALUE MEASUREMENTS**

The framework for measuring fair value provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1) and the lowest priority to unobservable inputs (Level 3). The three levels of the fair value hierarchy are described below:

Level 1 – Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2 – Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;

- Quoted prices for identical or similar assets or liabilities in inactive markets;

- Inputs other than quoted prices that are observable for the asset or liability; and

- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3 – Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

Following is a description of the valuation methodologies used for investments measured at fair value. There have been no changes in the methodologies used as of December 31, 2020 and 2019:

- Mutual funds are valued at the daily closing price as reported by the funds. Mutual funds held by the Plan are open-end mutual funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily net asset value and to transact at that price. The mutual funds held by the Plan are deemed actively traded.

**Southern California Permanente Medical Group**
**Tax Savings Retirement Plan**
**Notes to Financial Statements**

- Collective investment funds are stated at fair value as determined by the issuers based on the unit values of the funds. Unit values are determined by dividing the funds' net assets, which represent the unadjusted prices in active markets of the underlying investments, by the number of units outstanding at the valuation date. While not publicly traded, the funds are comprised primarily of underlying securities represented by a variety of asset classes that are publicly traded on exchanges or over the counter, and price quotes for the assets held by the funds are readily observable and available. Redemption requests on the collective investments funds must be received at least 10 business days prior to the specified valuation date of withdrawal. There are no unfunded commitments or other redemption restrictions on the collective investments funds.

- Participant-directed brokerage accounts held mutual funds.

There have been no changes in the methodologies used as of December 31, 2020 and 2019.

The methods described above may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while plan management believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The following tables set forth by level, within the fair value hierarchy, the Plan's investments at fair value as of December 31, 2020 and 2019:

| | Investments at Fair Value as of December 31, 2020 | | | |
|---|---|---|---|---|
| | Level 1 | Level 2 | Level 3 | Total |
| Mutual funds | $ 368,576,414 | $ - | $ - | $ 368,576,414 |
| Participant-directed brokerage accounts | 3,681,575 | - | - | 3,681,575 |
| Total assets in the fair value hierarchy | $ 372,257,989 | $ - | $ - | 372,257,989 |
| Investments measured at NAV practical expedient | | | | 791,782,592 |
| Investments at fair value | | | | $ 1,164,040,581 |

| | Investments at Fair Value as of December 31, 2019 | | | |
|---|---|---|---|---|
| | Level 1 | Level 2 | Level 3 | Total |
| Mutual funds | $ 642,078,476 | $ - | $ - | $ 642,078,476 |
| Participant-directed brokerage accounts | 2,705,580 | - | - | 2,705,580 |
| Total assets in the fair value hierarchy | $ 644,784,056 | $ - | $ - | 644,784,056 |
| Investments measured at NAV practical expedient | | | | 308,507,632 |
| Investments at fair value | | | | $ 953,291,688 |

**Transfers between levels** – The Plan recognizes any transfers between levels in the fair value hierarchy as of the end of the reporting period. There were no transfers between levels for the years ended December 31, 2020 and 2019.

**Southern California Permanente Medical Group**
**Tax Savings Retirement Plan**
**Notes to Financial Statements**

**NOTE D – PLAN TERMINATION**

Although it has not expressed any intent to do so, the employer has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of plan termination, participants will remain fully vested in their accounts.

**NOTE E – TAX STATUS**

The Plan obtained its latest determination letter dated March 6, 2017. The IRS stated that the Plan, as then designed, was in compliance with the applicable requirements of the IRC. Subsequent to this determination letter, the Plan was restated and amended. Once qualified, the Plan is required to operate in conformity with the IRC to maintain its qualifications. The plan administrator believes the Plan is being operated in compliance with the applicable requirements of the IRC and, therefore, believes that the Plan, as restated and amended, is qualified and the related trust is tax exempt.

GAAP requires Plan management to evaluate tax positions taken by the Plan and recognize a tax liability if the Plan has taken an uncertain tax position that more likely than not would not be sustained upon examination by the IRS. The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

**NOTE F – PARTY-IN-INTEREST TRANSACTIONS**

Certain plan investments are managed by an affiliate of Vanguard and State Street. Vanguard and State Street are the trustee and custodian, respectively, of the Plan. An affiliate of Vanguard also serves as the recordkeeper. Transactions with the trustee, custodian, and recordkeeper qualify as party-in-interest transactions.

**NOTE G – RISK AND UNCERTAINTIES**

The Plan invests in various investment securities. Investment securities are exposed to various risks such as interest rate, market and credit risks. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect participants' account balances and the amounts reported in the Statements of Assets Available for Benefits.

**NOTE H – PLAN OBLIGATIONS**

In accordance with GAAP, benefits due to terminated participants are included in the Statements of Net Assets Available for Benefits. There were no benefits due to terminated participants as of December 31, 2020 and 2019.

## Supplemental Information

# Southern California Permanente Medical Group
# Tax Savings Retirement Plan
### Schedule H, Line 4(i) – Schedule of Assets (Held at End of Year)
### December 31, 2020

Sponsor Name: Kaiser Permanente
Employer Identification Number: 95-1750445
Plan Number: 002
Schedule H, Part IV, Line 4(i)

| (a) | (b) Identity of Issue, Borrower, Lessor, or Similar Party | (c) Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par, or Maturity Value | (e) Current Value |
|---|---|---|---|
| * | Vanguard Core Bond Fund Admiral Shares | Mutual Fund | $ 2,492,586 |
| * | Vanguard Explorer Fund Admiral Shares | Mutual Fund | 18,166,345 |
| * | Vanguard FTSE Social Index Fund Institutional Shares | Mutual Fund | 24,679,404 |
| * | Vanguard Global ESG Select Stock Fund Admiral Shares | Mutual Fund | 275,268 |
| * | Vanguard International Growth Fund Admiral Shares | Mutual Fund | 124,459,681 |
| * | Vanguard PRIMECAP Fund Admiral Shares | Mutual Fund | 109,674,446 |
| * | Vanguard Wellington Fund Admiral Shares | Mutual Fund | 88,828,684 |
| | | | 368,576,414 |
| * | JPMorgan SmartRetirement Passive Blend 2020 Fund | Collective Investment Fund | 30,958,061 |
| * | JPMorgan SmartRetirement Passive Blend 2025 Fund | Collective Investment Fund | 54,349,055 |
| * | JPMorgan SmartRetirement Passive Blend 2030 Fund | Collective Investment Fund | 46,863,966 |
| * | JPMorgan SmartRetirement Passive Blend 2035 Fund | Collective Investment Fund | 58,518,781 |
| * | JPMorgan SmartRetirement Passive Blend 2040 Fund | Collective Investment Fund | 57,098,316 |
| * | JPMorgan SmartRetirement Passive Blend 2045 Fund | Collective Investment Fund | 46,074,026 |
| * | JPMorgan SmartRetirement Passive Blend 2050 Fund | Collective Investment Fund | 27,658,336 |
| * | JPMorgan SmartRetirement Passive Blend 2055 Fund | Collective Investment Fund | 11,348,117 |
| * | JPMorgan SmartRetirement Passive Blend 2060 Fund | Collective Investment Fund | 2,308,234 |
| * | JPMorgan SmartRetirement Passive Blend Income Fund | Collective Investment Fund | 19,477,821 |
| * | Vanguard Institutional Total Bond Market Index Trust | Collective Investment Fund | 104,682,359 |
| * | Vanguard Institutional Total International Stock Market Index | Collective Investment Fund | 30,899,156 |
| * | Vanguard Institutional Total Stock Market Index Trust | Collective Investment Fund | 206,795,604 |
| * | KP Stable Income Fund | Collective investment fund | 94,750,761 |
| | | | 791,782,593 |
| * | Vanguard Brokerage Option Fund | Participant-directed brokerage accounts | 3,681,575 |
| | Total investments per financial statements | | 1,164,040,582 |
| * | Notes receivable from participants | 4.25% - 9.25% | 11,703,544 |
| | Total investments per Form 5500 | | $ 1,175,744,126 |

\* Investments in parties-in-interest as defined under ERISA
Column (d) was omitted as all investments are participant-directed.



# Southern California Permanente Medical Group
# Tax Savings Retirement Plan
### Schedule H, Line 4(i) – Schedule of Assets (Held at End of Year)
### December 31, 2020

Sponsor Name: Kaiser Permanente
Employer Identification Number: 95-1750445
Plan Number: 002
Schedule H, Part IV, Line 4(i)

| (a) | (b) Identity of Issue, Borrower, Lessor, or Similar Party | (c) Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par, or Maturity Value | (e) Current Value |
|---|---|---|---|
| * | Vanguard Core Bond Fund Admiral Shares | Mutual Fund | $ 2,492,586 |
| * | Vanguard Explorer Fund Admiral Shares | Mutual Fund | 18,166,345 |
| * | Vanguard FTSE Social Index Fund Institutional Shares | Mutual Fund | 24,679,404 |
| * | Vanguard Global ESG Select Stock Fund Admiral Shares | Mutual Fund | 275,268 |
| * | Vanguard International Growth Fund Admiral Shares | Mutual Fund | 124,459,681 |
| * | Vanguard PRIMECAP Fund Admiral Shares | Mutual Fund | 109,674,446 |
| * | Vanguard Wellington Fund Admiral Shares | Mutual Fund | 88,828,684 |
| | | | 368,576,414 |
| * | JPMorgan SmartRetirement Passive Blend 2020 Fund | Collective Investment Fund | 30,958,061 |
| * | JPMorgan SmartRetirement Passive Blend 2025 Fund | Collective Investment Fund | 54,349,055 |
| * | JPMorgan SmartRetirement Passive Blend 2030 Fund | Collective Investment Fund | 46,863,966 |
| * | JPMorgan SmartRetirement Passive Blend 2035 Fund | Collective Investment Fund | 58,518,781 |
| * | JPMorgan SmartRetirement Passive Blend 2040 Fund | Collective Investment Fund | 57,098,316 |
| * | JPMorgan SmartRetirement Passive Blend 2045 Fund | Collective Investment Fund | 46,074,026 |
| * | JPMorgan SmartRetirement Passive Blend 2050 Fund | Collective Investment Fund | 27,658,336 |
| * | JPMorgan SmartRetirement Passive Blend 2055 Fund | Collective Investment Fund | 11,348,117 |
| * | JPMorgan SmartRetirement Passive Blend 2060 Fund | Collective Investment Fund | 2,308,234 |
| * | JPMorgan SmartRetirement Passive Blend Income Fund | Collective Investment Fund | 19,477,821 |
| * | Vanguard Institutional Total Bond Market Index Trust | Collective Investment Fund | 104,682,359 |
| * | Vanguard Institutional Total International Stock Market Index | Collective Investment Fund | 30,899,156 |
| * | Vanguard Institutional Total Stock Market Index Trust | Collective Investment Fund | 206,795,604 |
| * | KP Stable Income Fund | Collective investment fund | 94,750,761 |
| | | | 791,782,593 |
| * | Vanguard Brokerage Option Fund | Participant-directed brokerage accounts | 3,681,575 |
| | Total investments per financial statements | | 1,164,040,582 |
| * | Notes receivable from participants | 4.25% - 9.25% | 11,703,544 |
| | Total investments per Form 5500 | | $ 1,175,744,126 |

\* Investments in parties-in-interest as defined under ERISA
Column (d) was omitted as all investments are participant-directed.