IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 1:22-cv-10069 |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Rule 7.1(b), Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants") respectfully move this Court for leave to file a Reply Memorandum in further support of their Motion to Dismiss (ECF No. 27) by May 12, 2022.

As grounds for this Motion, Defendants state:

1.   Plaintiffs filed this putative class action on January 18, 2022. *See* ECF No. 1. The Complaint spans 121 paragraphs and asserts two claims that Defendants breached their fiduciary

duties under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq.*, in relation to the Children's Hospital's 403(b) Tax-Deferred Annuity Plan ("the Plan"). Specifically, Plaintiffs challenge the investment strategies and fees of certain investment options offered by the Plan, as well as the cost of administrative and recordkeeping services provided to the Plan. The Complaint also alleges a claim in the alternative that Defendants are liable for knowing breach of trust.

2. On April 7, 2022, Defendants filed a Motion to Dismiss the Complaint in its entirety. *See* ECF No. 27.

3. On April 21, 2022, Plaintiffs filed a 20-page Opposition to Defendants' Motion to Dismiss ("Opposition"). *See* ECF No. 29.

4. Plaintiffs' Opposition raises cases and legal arguments regarding the claims in the Complaint that were not addressed in Defendants' Motion to Dismiss. Therefore, Defendants believe a Reply Memorandum that responds to the arguments raised in Plaintiffs' Opposition will allow this Court to make a fully informed decision on Defendants' Motion to Dismiss.

5. Defendants respectfully request leave to file a Reply Memorandum by May 12, 2022.

WHEREFORE, Defendant respectfully requests the entry of an order granting this motion for leave to file a Reply Memorandum by May 12, 2022.

Dated:  April 26, 2022                          Respectfully submitted,

                                                MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Keri L. Engelman*
Keri L. Engelman (BBO #704360)
Joshua M. Adler (BBO# 706905)
One Federal Street
Boston, MA  02110-1726
Tel:  (617) 341-7828
Fax:  (617) 341-7701
keri.engelman@morganlewis.com
joshua.adler@morganlewis.com

Jeremy P. Blumenfeld (*pro hac vice forthcoming*)
1701 Market Street
Philadelphia, PA 19103
Tel:  (215) 963-5000
Fax:  (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Stephanie R. Reiss (*pro hac vice forthcoming*)
One Oxford Centre, 32nd Fl.
Pittsburgh, PA  15219
Tel:  (412) 560-3378
Fax:  (412) 560-3700
stephanie.reiss@morganlewis.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

     I hereby certify that counsel for Defendants conferred in good faith with counsel for Plaintiffs regarding the issues raised in Defendants' motion.  Plaintiffs do not assent to Defendants' motion.

                                                          /s/ *Keri L. Engelman*
                                                              Keri L. Engelman

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 26, 2022.

/s/ *Keri L. Engelman*
Keri L. Engelman
