**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

ADILSON MONTEIRO, KAREN
GINSBURG, JASON LUTAN, and
BRIAN MINSK, Individually and as
representatives of a class of similarly
situated persons, on behalf of the
CHILDREN'S HOSPITAL
CORPORATION TAX-DEFERRED
ANNUITY PLAN,

                Plaintiffs,

v.

THE CHILDREN'S HOSPITAL
CORPORATION, THE BOARD OF
DIRECTORS OF THE CHILDREN'S
HOSPITAL CORPORATION, THE
CHILDREN'S HOSPITAL
CORPORATION RETIREMENT
COMMITTEE; and DOES No. 1-20,
Whose Names Are Currently Unknown,

                Defendants.

Case No: 1:22-cv-10069-AK

---

## <u>MOTION TO ADMIT NON-RESIDENT ATTORNEY *PRO HAC VICE*</u>

I, Keri L. Engelman, a member of the United States District Court for the District of Massachusetts, of the law firm Morgan, Lewis & Bockius LLP, counsel for Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants") hereby move for the admission *pro hac vice* of Jeremy P. Blumenfeld of Morgan, Lewis & Bockius LLP in Philadelphia, Pennsylvania, pursuant to Local Rule 83.5.3.

In support of this motion, I attach the Declaration of Jeremy P. Blumenfeld identifying the bars in which he is a member in good standing, stating that there are no disciplinary proceedings

1

pending against him, and stating that he is familiar with the Federal Rules of Civil Procedure and

the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 29, 2022

Respectfully submitted,

*/s/ Keri L. Engelman*
Keri L. Engelman
BBO # 704360
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110-1726
Telephone: + 1 (617) 341-7828
Fax: + 1 (617) 341-7701
keri.engelman@morganlewis.com

*Counsel for Defendants*

## **LOCAL RULE 7.1 CERTIFICATE**

In accordance with Local Rule 7.1, the undersigned hereby certifies that I, Keri L.

Engelman, conferred with counsel for Plaintiffs in the above-entitled action and counsel for

Plaintiffs represented that Plaintiffs consent the foregoing request for admission *pro hac vice*.


*/s/ Keri L. Engelman*
Keri L. Engelman

**CERTIFICATE OF SERVICE**

I, Keri L. Engelman, an attorney, hereby certify that this document filed through the Court's CM/ECF system well be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 29, 2022.

*/s/ Keri L. Engelman*
Keri L. Engelman