IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>            Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>            Defendants. | Case No: 1:22-cv-10069-AK |

**DECLARATION OF JEREMY P. BLUMENFELD
IN SUPPORT OF MOTION TO ADMIT NON-RESIDENT ATTORNEY *PRO HAC VICE***

    I, Jeremy P. Blumenfeld, hereby apply to this Court for permission to appear and participate in the above-entitled action on behalf of Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants"), and state as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, Pennsylvania, 19103. My telephone number is + 1 (215) 963-5258.

2. Defendants have retained me in this matter and requested that I represent their interests.

3. I am a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of New Jersey, the State of New York, the State of Ohio, and have been admitted to practice in the following courts: United States District Court for the Colorado, United States District Court for the Central District of Illinois, United States District Court for the Northern District of Illinois, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States District Court for the District of New Jersey, United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York, United States District Court for the Northern District of Ohio, United States District Court for the Southern District of Ohio, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Eastern District of Wisconsin, United States Court of Appeals for the First, Second, Third, Fourth, Sixth, Seventh, Ninth, and Tenth Circuits, and the Supreme Court of the United States.

4. There are no disciplinary proceedings or criminal charges pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

5. I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2022

                                                     */s/ Jeremy P. Blumenfeld*
                                                     Jeremy P. Blumenfeld