# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>          Plaintiff,<br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE, and DOES No. 1-20, Whose Names Are Currently Unknown,<br>          Defendants. | **CIVIL ACTION NO.:**<br>**1:22-cv-10069** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the Plaintiffs in the above-captioned matter.

Dated: October 5, 2022                              Respectfully submitted,

>                                   */s/ Gabrielle P. Kelerchian*
>                                   **CAPOZZI ADLER, P.C.**
>                                   312 Old Lancaster Road
>                                   Merion Station, PA  19066
>                                   Phone: (610) 890-0200
>                                   Fax: (717) 233-4103
>                                   Email: gabriellek@capozziadler.com

## **CERTIFICATE OF SERVICE**

I certify that, on October 5, 2022, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system and automatically copies to all counsel of record.

/s/ Gabrielle P. Kelerchian
Gabrielle P. Kelerchian