## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>      Plaintiff,<br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE, and DOES No. 1-20, Whose Names Are Currently Unknown,<br>      Defendants. | **CIVIL ACTION NO.:**<br>**1:22-cv-10069** |

## PROPOSED ORDER

Upon consideration of Plaintiffs' Notice of Withdrawal of Appearance for Gabrielle P. Kelerchian,

**IT IS HEREBY ORDERED** that the Withdrawal of Appearance of Gabrielle P. Kelerchian is GRANTED.

**IT IS SO ORDERED.**

DATED:_____       _____
                       Honorable Angel Kelley