IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, *et al.*,<br><br>Defendants. | Case No: 1:22-cv-10069-AK |

**CONSENTED TO MOTION FOR LEAVE TO FILE RESPONSE
TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.1(b), Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan, and Brian Minsk (collectively "Plaintiffs"), individually and on behalf of the Children's Hospital Corporation Tax-Deferred Annuity Plan (the "Plan") and a proposed class of participants and beneficiaries in the Plan, respectfully move this Court for leave to file a response to Defendants' Notice of Supplemental Authority in Further Support of Their Motion to Dismiss (ECF No. 42), attached hereto as Exhibit "A."

As grounds for this Motion, Plaintiffs state as follows:

1. Plaintiffs filed this putative class action on January 18, 2022 (ECF No. 1). The Complaint alleges Defendants, the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants"), breached fiduciary duties they owe to the Plan under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq.*, by failing to appropriately monitor the Plan's investments and causing the Plan to incur excessive recordkeeping and administrative fees.

2. Defendants moved to dismiss the Complaint on April 7, 2022 (ECF Nos. 27–28). Plaintiffs filed their Opposition to Defendants' Motion to Dismiss (ECF No. 29) on April 21, 2022, and Defendants filed a Reply in Further Support of their Motion to Dismiss (ECF No. 34) on May 6, 2022.

3. On August 29, 2022, the United States Court of Appeals for the Seventh Circuit issued its decision in *Albert v. Oshkosh Corp.*, No. 21-2789, 2022 WL 3714638, 47 F.4th --- (7th Cir. Aug. 29, 2022). On August 31, 2022, Defendants filed a Consented to Motion for Leave to File Notice of Supplemental Authority in Support of Their Motion to Dismiss (ECF No. 40). The Court granted that Motion on September 1, 2022 (ECF No. 41), and Defendants filed the Notice (ECF No. 42).

4. As discussed in Plaintiffs' proposed Response to Defendants' Notice of Supplemental Authority, the allegations at issue in *Albert* are materially different from those at issue here and the reasoning in the *Albert* opinion is contrary to numerous well-reasoned, on-point decisions by courts in this Circuit and around the country reaching the opposite conclusion. Thus, *Albert* does not support Defendants' pending Motion to Dismiss.

5. Defendants consent to the filing of Plaintiffs' proposed Response to Defendants' Notice of Supplemental Authority.

WHEREFORE, Plaintiffs respectfully request leave to file their Response to Defendants' Notice of Supplemental Authority, in the form attached hereto as Exhibit "A."

Should the Court grant Plaintiffs' Motion, Plaintiffs will promptly file their Response.

Dated: October 6, 2022                                             Respectfully submitted,

/s/ *Laurie Rubinow*
James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
         lrubinow@millershah.com

James C. Shah
Alec J. Berin
John C. Roberts
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
         ajberin@millershah.com
         jcroberts@millershah.com

Kolin C. Tang
MILLER SHAH LLP
19712 MacArthur Blvd.
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Mark K. Gyandoh
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

John Roddy
Elizabeth Ryan
BAILEY & GLASSER LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
Email: jroddy@baileyglasser.com
eryan@baileyglasser.com

*Attorneys for Plaintiffs, the Plan and the Proposed Class*

## **RULE 7.1 CERTIFICATE**

Counsel for Plaintiffs hereby certify that they met and conferred with counsel for Defendants regarding the requested relief.  Counsel for Defendants consented to the requested relief.

                                                                */s/ Laurie Rubinow*
                                                                Laurie Rubinow

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, I caused a copy of the foregoing document to be served on all parties of record by filing it via the Court's CM/ECF system.

/s/ Laurie Rubinow
Laurie Rubinow