THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>      Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>      Defendants. | Case No: 1:22-cv-10069-AK<br><br>**Fourth Notice of Supplemental Authority Authorized by Order on 2/13/23 (Dkt. 54)** |

### NOTICE OF SUPPLEMENTAL AUTHORITIES IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively "Defendants") respectfully submit the transcript of the bench decision issued by the U.S. District Court for the Eastern District of Virginia for both *Tullgren v. Booz Allen Hamilton Inc.*, No. 1:22-cv-856 (E.D. Va. Dec. 1, 2022) (Dkt. 37) and *Hall v. Capital One Fin. Corp.*, No. 1:22-cv-857 (E.D. Va. Dec. 1, 2022) (Dkt. 49) (attached hereto as Exhibit 1), the decision issued by the U.S. District Court for the District of Colorado in *Jones v. DISH Network Corp.*, 1:22-cv-167 (D. Colo. Jan. 31, 2023) (Dkt. 72) (attached hereto as Exhibit 2), and the decision issued by

the U.S. District Court for the Western District of Washington in *Beldock v. Microsoft Corp.*, 2023 WL 1798171 (W.D. Wash. Feb. 7, 2023) (attached hereto as Exhibit 3), as supplemental authorities in support of their Motion to Dismiss the Complaint.  *See* ECF Nos. 27-28 (Motion to Dismiss and Memorandum of Law in Support), and 34 (Reply).

Dated:  February 13, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Keri L. Engelman*
Keri L. Engelman (BBO #704360)
One Federal Street
Boston, MA  02110-1726
Tel:  (617) 341-7828
Fax:  (617) 341-7701
keri.engelman@morganlewis.com

Jeremy P. Blumenfeld (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Tel:  (215) 963-5000
Fax:  (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Stephanie R. Reiss (admitted *pro hac vice*)
One Oxford Centre, 32nd Fl.
Pittsburgh, PA  15219
Tel:  (412) 560-3378
Fax:  (412) 560-3700
stephanie.reiss@morganlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keri L. Engelman*
Keri L. Engelman
