THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>    Defendants. | Case No: 1:22-cv-10069-AK |

**CONSENTED-TO MOTION FOR EXTENSION
TO FILE ANSWER TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively "Defendants") respectfully move this Court for a three-week extension of the deadline to file their Answer to Plaintiffs' Complaint from March 29, 2023 to and including April 19, 2023.

As grounds for this Motion, Defendants state:

1.    Plaintiffs filed their Complaint on January 18, 2022.  *See* ECF No. 1.

2. On April 7, 2022, Defendants filed a Motion to Dismiss the Complaint in its entirety. *See* ECF Nos. 27-28.

3. On April 21, 2022, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss (ECF No. 29) and on May 6, 2022, Defendants filed a Reply in Further Support of their Motion to Dismiss (ECF No. 34).

4. On March 15, 2023, the Court issued an Electronic Order denying the Motion to Dismiss. ECF No. 56.

5. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' Answer to the Complaint would be due on March 29, 2023, based on the March 15, 2023 Electronic Order.

6. Plaintiffs' Complaint spans 121 numbered paragraphs and 52 total pages. ECF No. 1. Defendants respectfully request this short extension to allow them to adequately investigate and respond to Plaintiffs' allegations.

7. Defendants conferred with counsel for Plaintiffs and Plaintiffs consent to the relief sought by this Motion.

WHEREFORE, Defendants respectfully request that the Court extend Defendants' deadline to file their Answer to the Complaint from March 29, 2023 to and including April 19, 2023.

Dated: March 17, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Keri L. Engelman*
Keri L. Engelman (BBO #704360)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 341-7828
Fax: (617) 341-7701
keri.engelman@morganlewis.com

        Jeremy P. Blumenfeld (admitted *pro hac vice*)
        1701 Market Street
        Philadelphia, PA  19103
        Tel:  (215) 963-5000
        Fax:  (215) 963-5001
        jeremy.blumenfeld@morganlewis.com

        Stephanie R. Reiss (admitted *pro hac vice*)
        One Oxford Centre, 32nd Fl.
        Pittsburgh, PA  15219
        Tel:  (412) 560-3378
        Fax:  (412) 560-3700
        stephanie.reiss@morganlewis.com

## **RULE 7.1 CERTIFICATE**

Counsel for Defendants hereby certify that they met and conferred with counsel for Plaintiffs regarded the requested relief. Counsel for Plaintiffs consent to the requested relief.

                                                                  */s/ Keri L. Engelman*
                                                                  Keri L. Engelman

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keri L. Engelman*
Keri L. Engelman
