THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown, <br><br> Defendants. | Case No: 1:22-cv-10069-AK |

**DEFENDANTS' MOTION TO CERTIFY
INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively "Defendants") hereby respectfully move the Court to certify for interlocutory appeal its March 15, 2023 Electronic Order on Defendants' Motion to Dismiss (ECF No. 56) (the "Order") pursuant to 28 U.S.C. § 1292(b). As grounds for this Motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on January 18, 2022. *See* ECF No. 1.

2. On April 7, 2022, Defendants filed a Motion to Dismiss the Complaint in its entirety. *See* ECF Nos. 27-28.

3. On March 15, 2023 the Court issued the Order, which denied Defendants' Motion to Dismiss. ECF No. 56.

4. Defendants respectfully submit that the Order satisfies the requirements of 28 U.S.C. § 1292(b), because the Order involves a controlling question of law as to which there is substantial ground for difference of opinion, and an interlocutory appeal could materially advance the ultimate termination of this action. *See* 28 U.S.C. § 1292(b).

5. Defendants rely on and incorporate their Memorandum of Law in Support of Motion to Certify Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), filed herewith.

WHEREFORE, Defendants respectfully request that the Court grant their Motion and certify the Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated: April 14, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Keri L. Engelman*
Keri L. Engelman (BBO #704360)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 341-7828
Fax: (617) 341-7701
keri.engelman@morganlewis.com

Jeremy P. Blumenfeld (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Stephanie R. Reiss (admitted *pro hac vice*)
One Oxford Centre, 32nd Fl.
Pittsburgh, PA 15219
Tel: (412) 560-3378
Fax: (412) 560-3700
stephanie.reiss@morganlewis.com

## RULE 7.1 DISCLOSURE STATEMENT

Counsel for Defendants hereby certify that they have conferred with counsel for Plaintiffs in good faith regarding this Motion pursuant to Local Rule 7.1. Plaintiffs do not consent to the relief requested in this Motion.

*/s/ Keri L. Engelman*
Keri L. Engelman

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record via the Court's CM/ECF Filing System on this 14th day of April, 2023.

*/s/ Keri L. Engelman*
Keri L. Engelman
