IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>      Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>      Defendants. | Case No: 1:22-cv-10069-AK |

**CONSENTED TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO CERTIFY <u>INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)</u>**

Pursuant to Local Rule 7.1(b), Defendants Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively "Defendants") respectfully move this Court for leave to file a Reply in further support of their Motion to Certify Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (the "Motion") on or before May 19, 2023.

As grounds for this Motion, Defendants state as follows:

1.      Plaintiffs filed their Complaint on January 18, 2022.  ECF No. 1.

2. On April 7, 2022, Defendants filed a Motion to Dismiss the Complaint in its entirety. ECF Nos. 27, 28.

3. On April 21, 2022, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss (ECF No. 29), and on May 12, 2022, Defendants filed a Reply in Further Support of their Motion to Dismiss. ECF No. 34.

4. On March 15, 2023, the Court issued an Order denying Defendants' Motion to Dismiss the Amended Complaint. ECF No. 56.

5. On April 14, 2023, Defendants filed the Motion and Memorandum of Law in Support of their Motion to Certify Interlocutory Appeal. ECF Nos. 59, 60.

6. On April 28, 2023, Plaintiffs filed an Opposition to the Motion. ECF No. 62.

7. Defendants respectfully submit that additional briefing would assist the Court in deciding the Motion, and therefore respectfully request leave to file a Reply of no more than ten (10) pages in further support of the Motion on or before May 19, 2023.

8. Defendants have conferred with counsel for Plaintiffs and Plaintiffs have consent to the relief sought by this request.

WHEREFORE, Defendants respectfully request leave to file a Reply in further support of the Motion on or before May 19, 2023.

Dated: May 5, 2023

Respectfully submitted,

/s/ *Keri L. Engelman*
Keri L. Engelman, Bar No. 704360
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7828
Facsimile: (617) 341-7701
keri.engelman@morganlewis.com

>Jeremy P. Blumenfeld (*admitted pro hac vice*)
>Morgan, Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, PA  19103-2921
>Phone:  215.963.5028/5258
>Fax:  215.963.5001
>jeremy.blumenfeld@morganlewis.com
>
>Stephanie R. Reiss (admitted *pro hac vice*)
>One Oxford Centre, 32nd Fl.
>Pittsburgh, PA  15219
>Tel:  (412) 560-3378
>Fax:  (412) 560-3700
>stephanie.reiss@morganlewis.com
>
>*Attorneys for Defendants*

## **RULE 7.1 CERTIFICATE**

Counsel for Defendants hereby certify that they met and conferred with counsel for Plaintiffs regarded the requested relief. Counsel for Plaintiffs consent to the requested relief.

*/s/ Keri L. Engelman*
Keri L. Engelman

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Keri L. Engelman
Keri L. Engelman