IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>     Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>     Defendants. | Case No: 1:22-cv-10069-MJJ |

### MOTION TO ADMIT NON-RESIDENT ATTORNEY *PRO HAC VICE*

I, Keri L. Engelman, a member of the United States District Court for the District of Massachusetts, of the law firm Morgan, Lewis & Bockius LLP, counsel for Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants") hereby move for the admission *pro hac vice* of Deborah S. Davidson of Morgan, Lewis & Bockius LLP in Chicago, Illinois, pursuant to Local Rule 83.5.3.

In support of this motion, I attach the Declaration of Deborah S. Davidson identifying the bars in which she is a member in good standing, stating that there are no disciplinary proceedings

1

pending against her, and stating that she is familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

Dated: October 24, 2023

                                                Respectfully submitted,

*/s/ Keri L. Engelman*
Keri L. Engelman
BBO # 704360
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110-1726
Telephone: + 1 (617) 341-7828
Fax: + 1 (617) 341-7701
keri.engelman@morganlewis.com

*Counsel for Defendants*

## **LOCAL RULE 7.1 CERTIFICATE**

In accordance with Local Rule 7.1, the undersigned hereby certifies that I, Keri L. Engelman, conferred with counsel for Plaintiffs in the above-entitled action and counsel for Plaintiffs represented that Plaintiffs do not oppose the foregoing request for admission *pro hac vice*.

*/s/ Keri L. Engelman*
Keri L. Engelman

4

**CERTIFICATE OF SERVICE**

  I, Keri L. Engelman, an attorney, hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 24, 2023.

                   */s/ Keri L. Engelman*
                   Keri L. Engelman