IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 1:22-cv-10069-MJJ |

## NOTICE OF APPEARANCE

Please enter the appearance of Joshua M. Adler, Esq. as counsel of record for Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee in the above-captioned action.

Respectfully submitted,

**THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, AND THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE,**

By their attorneys,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Joshua M. Adler*
Keri L. Engelman, BBO# 704360
Joshua M. Adler, BBO# 706905
One Federal Street
Boston, MA  02110
Tel. (617) 341-7700
keri.engelman@morganlewis.com
joshua.adler@morganlewis.com

Deborah S. Davidson*
110 North Wacker Drive
Chicago, IL 60601
Tel: (312) 324-1159
Fax: (312) 324-1001
deborah.davidson@morganlewis.com

Jeremey P. Blumenfeld*
1701 Market Street
Philadelphia, PA 19103
Tel. (215) 963-5258
jeremy.blumenfeld@morganlewis.com

Stephanie R. Reiss*
One Oxford Centre, 31st Floor
Pittsburgh, PA 15219
Tel. (412) 560-3378
stephanie.reiss@morganlews.com

*Admitted *pro hac vice*

Dated:  October 24, 2023

## **CERTIFICATE OF SERVICE**

I, Joshua M. Adler, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 24, 2023.

*/s/ Joshua M. Adler*
Joshua M. Adler
