IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, *et al.*<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, *et al.*,<br><br>　　　Defendants. | Case No. 1:22-cv-10069-MJJ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Kolin C. Tang is hereby withdrawn as counsel of record for Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan, and Brian Minsk (collectively, "Plaintiffs") and should be removed from all service lists in this action. Plaintiffs will continue to be represented in this action by attorneys from Miller Shah LLP.

Dated: November 14, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Laurie Rubinow*
　　　　　　　　　　　　　　　　　　　James E. Miller
　　　　　　　　　　　　　　　　　　　Laurie Rubinow
　　　　　　　　　　　　　　　　　　　MILLER SHAH LLP
　　　　　　　　　　　　　　　　　　　65 Main Street
　　　　　　　　　　　　　　　　　　　Chester, CT 06412
　　　　　　　　　　　　　　　　　　　Telephone: (866) 540-5505
　　　　　　　　　　　　　　　　　　　Facsimile: (866) 300-7367
　　　　　　　　　　　　　　　　　　　Email: jemiller@millershah.com
　　　　　　　　　　　　　　　　　　　　　　　lrubinow@millershah.com

　　　　　　　　　　　　　　　　　　　James C. Shah
　　　　　　　　　　　　　　　　　　　Alec J. Berin
　　　　　　　　　　　　　　　　　　　John C. Roberts
　　　　　　　　　　　　　　　　　　　MILLER SHAH LLP
　　　　　　　　　　　　　　　　　　　1845 Walnut Street, Suite 806
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103

Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       ajberin@millershah.com
       jcroberts@millershah.com

Mark K. Gyandoh
Gabrielle Kelerchian
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
       gabriellek@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

John Roddy
Elizabeth Ryan
BAILEY & GLASSER LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
Email: jroddy@baileyglasser.com
       eryan@baileyglasser.com

*Attorneys for Plaintiffs, the Plan and the Proposed Class*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2023, the foregoing document was filed via the Court's CM/ECF system, thereby causing a true and correct copy to be sent to all ECF registered counsel of record.

*/s/ Laurie Rubinow*
Laurie Rubinow