IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-10069-MJJ |

## JOINT STIPULATION

Plaintiffs, Adilson Monteiro, Karen Ginsburg, Jason Lutan, and Brian Minsk (collectively, "Plaintiffs"), by their undersigned counsel, and Defendants, Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation ("the Board"), and the Children's Hospital Corporation Retirement Committee ("Committee") (collectively, "Defendants"), by their undersigned counsel, hereby stipulate and agree as follows (the "Stipulation"):

1. The Children's Hospital Corporation, the Board, and the Committee deny any and all liability or damages in this matter. Nonetheless, the Children's Hospital Corporation agrees that, in the event that any monetary judgment may be entered for any of the claims currently asserted in the above-captioned action and such judgment is based on the alleged actions or omissions of any current or former member of the Board or the Committee ("Individual Defendants") or the alleged actions or omissions of the Board or Committee as a whole—and subject to any appeal from any such judgment and without waiving any right to appeal from any such judgment, including possible *certiorari* review by the U.S. Supreme Court— the Children's Hospital Corporation will be responsible for and will satisfy any such final judgment.

2. Plaintiffs agree not to name the Individual Defendants as defendants in this action or any separate action, or assert any claims against the Individual Defendants arising out of any conduct forming the basis of the claims asserted in this action.

3. The Children's Hospital Corporation agrees to undertake a good faith effort to make the Individual Defendants available to testify at deposition and trial and will not object to any otherwise valid discovery request on the basis that the Individual Defendants are not named as a party to the action, but reserves the right to object to a discovery request with respect to the Individual Defendants on other grounds.

4. This Stipulation is not intended to waive Plaintiffs' right to amend as of right under Federal Rule of Civil Procedure 15 or otherwise, but, rather, is merely for the convenience of the parties to streamline litigation of this case and to avoid the distraction and inconvenience of each member of the Committee being named as a defendant.

5. This Stipulation shall be deemed effective as of August 1, 2022.

Dated: December 22, 2023         Respectfully submitted,

| | |
|---|---|
| */s/ John C. Roberts* | */s/ Keri L. Engelman* |
| John C. Roberts<br>Alec J. Berin<br>**Miller Shah LLP**<br>1845 Walnut Street<br>Suite 806<br>Philadelphia, PA 19103<br>Tel.: (866) 540-5505<br>ajberin@millershah.com<br>jcroberts@millershah.com<br><br>James E. Miller<br>Laurie Rubinow<br>**Miller Shah LLP**<br>65 Main Street<br>Chester, CT 06412<br>Tel.: (866) 540-5505<br>jemiller@millershah.com<br>lrubinow@millershah.com<br><br>James C. Shah<br>**Miller Shah LLP**<br>3 Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br><br>John Roddy<br>**Bailey & Glasser LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Tel.: (617) 439-6730<br>jroddy@baileyglasser.com<br><br>Mark K. Gyandoh<br>**Capozzi Adler, P.C.**<br>312 Old Lancaster Road<br>Merion Station, PA 19066<br>Tel.: (610) 890-0200<br>markg@capozziadler.com<br><br>Donald R. Reavy<br>**Capozzi Adler, P.C.**<br>2933 North Front Street<br>Harrisburg, PA 17110<br>Tel.: (717) 233-4101<br>donr@capozziadler.com<br><br>**Counsel for Plaintiffs** | Keri L. Engelman<br>Joshua M. Adler<br>**Morgan, Lewis & Bockius LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>Tel: (617) 341-7828<br>Fax: (617) 341-7701<br>keri.engelman@morganlewis.com<br><br>Deborah S. Davidson<br>**Morgan, Lewis & Bockius LLP**<br>110 North Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 324-1159<br>Fax: (312) 324-1001<br>deborah.davidson@morganlewis.com<br><br>Jeremy P. Blumenfeld<br>**Morgan, Lewis & Bockius LLP**<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br>jeremy.blumenfeld@morganlewis.com<br><br>Stephanie R. Reiss<br>**Morgan, Lewis & Bockius LLP**<br>One Oxford Centre, 32nd Fl.<br>Pittsburgh, PA 15219<br>Tel: (412) 560-3378<br>Fax: (412) 560-3700<br>stephanie.reiss@morganlewis.com<br><br>**Counsel for Defendants** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2023 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/John C. Roberts