IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-10069-JEK |

**JOINT MOTION FOR ENTRY OF [PROPOSED] AMENDED SCHEDULING ORDER**

Plaintiffs, Adilson Monteiro, Karen Ginsburg, Jason Lutan, and Brian Minsk (collectively, "Plaintiffs"), individually and as participants of the Children's Hospital Corporation Tax-Deferred Annuity Plan ("Plan"), and a proposed class of participants and beneficiaries in the Plan, and Defendants, the Children's Hospital Corporation, doing business as Boston Children's Hospital ("Boston Children's"), the Children's Hospital Corporation Board of Directors ("Board"), the Children's Hospital Corporation Retirement Committee ("Administrative Committee" or "Committee"), (collectively, "Defendants"), by and through their respective counsel, respectfully request the entry of the [Proposed] Amended Scheduling Order filed simultaneously with this Joint Motion. As grounds for this Motion, the Parties aver as follows:

1. Plaintiffs filed their Complaint on January 18, 2022. Dkt. 1.

2. Defendants moved to dismiss under Rule 12(b)(6) on April 7, 2022. Dkt. 28. Plaintiffs filed their opposition on April 21, 2022, Dkt. 29, and Defendants filed their reply on May 12, 2022. Dkt. 34.

3. On March 15, 2023, the Court denied the motion to dismiss in its entirety. *See* Dkt. 56.

4. On April 14, 2023, Defendants filed their Motion to Certify Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b). Dkt. 59. The Court denied the motion on July 20, 2023. Dkt. 66.

5. On August 31, 2023, the Court entered the current scheduling order as outlined below. Dkt. 71.

6. The parties have worked diligently to complete discovery to date, including the service of written discovery requests and responses and voluminous document productions pursuant to negotiated protocols for the collection, review, and production of electronically stored information. Despite their efforts, however, the parties have not yet been able to complete their document productions. The parties anticipate that document productions will be substantially complete in the coming weeks.

7. In order to facilitate a complete review of the parties' document productions, as well as depositions and any necessary third-party discovery, the parties require a short extension to complete discovery. The proposed revised schedule is as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Closing of Fact Discovery | June 3, 2024 | September 3, 2024 |
| Plaintiffs to move for Class Certification | June 17, 2024 | September 17, 2024 |
| Any opposition to Plaintiffs' Motion for Class Certification | July 8, 2024 | October 8, 2024 |
| Any reply to opposition to Plaintiffs' Motion for Class Certification | July 22, 2024 | October 22, 2024 |
| Parties to serve affirmative Expert Reports | July 3, 2024 | October 3, 2024 |
| Parties to serve rebuttal Expert Reports | August 2, 2024 | November 4, 2024 |
| Closing of Expert Discovery | September 16, 2024 | December 16, 2024 |

| Parties to file dispositive motions and *Daubert* motions | October 16, 2024 | January 16, 2025 |
|---|---|---|
| Parties to oppose dispositive motions and *Daubert* motions | November 15, 2024 | February 17, 2025 |
| Moving Parties to reply in support of their summary judgment and *Daubert* motions | December 6, 2024 | March 10, 2025 |
| Final Pretrial Conference | On or after January 6, 2025 | On or after April 7, 2025 |

8. No Party will be prejudiced by the grant of the Amended Scheduling Order.

9. The Parties respectfully submit that good cause exists for modification of the operative scheduling order and this request is not made for purposes of delay or any improper purpose.

For the foregoing reasons, the Parties jointly request that this Court enter the Amended Scheduling Order.

Dated: April 11, 2024                                        Respectfully submitted,

| */s/ James C. Shah* | */s/ Keri L. Engelman* |
|---|---|
| James C. Shah<br>Alec J. Berin<br>John C. Roberts<br>**Miller Shah LLP**<br>1845 Walnut Street<br>Suite 806<br>Philadelphia, PA 19103<br>Tel.: (866) 540-5505<br>jcshah@millershah.com<br>ajberin@millershah.com<br>jcroberts@millershah.com<br><br>James E. Miller<br>Laurie Rubinow<br>**Miller Shah LLP**<br>65 Main Street<br>Chester, CT 06412<br>Tel.: (866) 540-5505<br>jemiller@millershah.com<br>lrubinow@millershah.com | Keri L. Engelman<br>Joshua M. Adler<br>**Morgan, Lewis & Bockius LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>Tel: (617) 341-7828<br>Fax: (617) 341-7701<br>keri.engelman@morganlewis.com<br><br>Deborah S. Davidson<br>**Morgan, Lewis & Bockius LLP**<br>110 North Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 324-1159<br>Fax: (312) 324-1001<br>deborah.davidson@morganlewis.com<br><br>Jeremy P. Blumenfeld<br>**Morgan, Lewis & Bockius LLP**<br>1701 Market Street |

| | |
|---|---|
| John Roddy<br>**Bailey & Glasser LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Tel.: (617) 439-6730<br>jroddy@baileyglasser.com<br><br>Mark K. Gyandoh<br>**Capozzi Adler, P.C.**<br>312 Old Lancaster Road<br>Merion Station, PA 19066<br>Tel.: (610) 890-0200<br>markg@capozziadler.com<br><br>Donald R. Reavy<br>**Capozzi Adler, P.C.**<br>2933 North Front Street<br>Harrisburg, PA 17110<br>Tel.: (717) 233-4101<br>donr@capozziadler.com<br><br>**Counsel for Plaintiffs** | Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br>jeremy.blumenfeld@morganlewis.com<br><br>Stephanie R. Reiss<br>**Morgan, Lewis & Bockius LLP**<br>One Oxford Centre, 32nd Fl.<br>Pittsburgh, PA  15219<br>Tel: (412) 560-3378<br>Fax: (412) 560-3700<br>stephanie.reiss@morganlewis.com<br><br>**Counsel for Defendants** |

4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/James C. Shah