IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>                Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>                Defendants. | Case No: 1:22-cv-10069-MJJ |

**JOINT MOTION FOR FURTHER AMENDED SCHEDULING ORDER**

      Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan and Brian Minsk (collectively, "Plaintiffs"), by their undersigned counsel, and Defendants the Children's Hospital Corporation ("Children's"), the Board of Directors of the Children's Hospital Corporation ("the Board"), and the Children's Hospital Corporation Retirement Committee ("Committee"), by and through their undersigned counsel, respectfully request the [Proposed] Amended Scheduling Order filed simultaneously with this Joint Motion. As grounds for this Motion the Parties aver as follows:

1.	On August 31, 2023, this Court issued the initial scheduling Order in this matter (Dkt. 71) setting the close of fact discovery for June 3, 2024 and the close of expert discovery for September 16, 2024.

2.	On April 11, 2024, the Parties jointly moved for an extension of the discovery schedule on the basis that they had worked diligently to complete discovery including exchanging written discovery and engaging in voluminous document production, but still had not completed such production, and needed additional time for review.

3.	On April 12, 2024, this Court granted the requested extension, setting the deadlines indicated below, and with a status conference set for September 5, 2024.  Dkt. 83.

4.	The Parties have continued to be diligent in pursuing discovery.  Since their last motion, all document production was completed, along with all document review, all Plaintiffs have been deposed, and Rule 30(b)(6) deposition noticed along with the deposition of many other witnesses.  However, due to witness and attorney schedules, the Parties do not anticipate being able to complete all noticed depositions prior to the current close of fact discovery.

5.	Accordingly, the parties request an additional short extension of the current deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Closing of Fact Discovery | September 3, 2024 | November 11, 2024 |
| Plaintiffs to Move for Class Certification | September 17, 2024 | November 18, 2024 |
| Any Opposition to Plaintiffs' Motion for Class Certification | October 8, 2024 | December 9, 2024 |
| Any Reply to Opposition to Plaintiffs' Motion for Class Certification | October 22, 2024 | December 23, 2024 |
| Parties to Serve Affirmative Expert Reports | October 3, 2024 | December 3, 2024 |

| Parties to Serve Rebuttal Expert Reports | November 4, 2024 | January 16, 2025 |
|---|---|---|
| Closing of Expert Discovery | December 16, 2024 | February 27, 2025 |
| Parties to file Dispositive Motions and Daubert Motions | January 16, 2025 | March 27, 2025 |
| Parties to Oppose Dispositive Motions and Daubert Motions | February 17, 2025 | April 28, 2025 |
| Moving Party to Reply in Support of Dispositive Motions and Daubert Motions | March 10, 2025 | May 22, 2025 |
| Final Pretrial Conference | On or after April 7, 2025 | On or after June 16, 2025 |

6. No party will be prejudiced by the grant of the Amended Scheduling Order.

7. The Parties respectfully submit that good cause exists for modification of the operative scheduling order and this request is not made for purposes of delay or any other improper purpose.

For the foregoing reasons, the Parties jointly request that this Court enter the Amended Scheduling Order.

Dated: August 12, 2024

Respectfully submitted,

/s/ John C. Roberts
Alec J. Berin
James C. Shah
John C. Roberts
**Miller Shah LLP**
1845 Walnut Street
Suite 806
Philadelphia, PA 19103
Tel.: (866) 540-5505
ajberin@millershah.com
jcshah@millershah.com
jcroberts@millershah.com

James E. Miller
Laurie Rubinow
**Miller Shah LLP**
65 Main Street

/s/ Keri L. Engelman
Keri L. Engelman
Joshua M. Adler
**Morgan, Lewis & Bockius LLP**
One Federal Street
Boston, MA 02110-1726
Tel: (617) 341-7828
Fax: (617) 341-7701
keri.engelman@morganlewis.com

Deborah S. Davidson
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive
Chicago, IL 60601
Tel: (312) 324-1159
Fax: (312) 324-1001
deborah.davidson@morganlewis.com

3

Chester, CT 06412
Tel.: (866) 540-5505
jemiller@millershah.com
lrubinow@millershah.com

John Roddy
**Bailey & Glasser LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Tel.: (617) 439-6730
jroddy@baileyglasser.com

Mark K. Gyandoh
**Capozzi Adler, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Tel.: (610) 890-0200
markg@capozziadler.com

Donald R. Reavy
**Capozzi Adler, P.C.**
2933 North Front Street
Harrisburg, PA 17110
Tel.: (717) 233-4101
donr@capozziadler.com

**Counsel for Plaintiffs**

Jeremy P. Blumenfeld
**Morgan, Lewis & Bockius LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Stephanie R. Reiss
**Morgan, Lewis & Bockius LLP**
One Oxford Centre, 32nd Fl.
Pittsburgh, PA 15219
Tel: (412) 560-3378
Fax: (412) 560-3700
stephanie.reiss@morganlewis.com

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 12, 2024, I electronically filed the foregoing Joint Motion for Further Amended Scheduling Order using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Keri L. Engelman