IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>               Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>               Defendants. | Case No: 1:22-cv-10069-JEK |

**JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**

Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan, and Brian Minsk (collectively, "Plaintiffs"), by their undersigned counsel, and Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants") (together the "Parties"), by and through their undersigned counsel, respectfully move for a stay of all existing deadlines and proceedings in this matter so that the Parties can devote their time and resources to exploring potential resolution of all claims through private mediation. As grounds for this Joint Motion, the Parties aver as follows:

1. On January 18, 2022, Plaintiffs filed this ERISA class action litigation alleging, *inter alia*, various breaches of fiduciary duty by Defendants relating to investments and fees for the Children's Hospital Corporation Tax-Deferred Annuity Plan.

2. The Parties have engaged in significant discovery, including but not limited to, the deposition of all Plaintiffs and the exchange of over forty-seven-thousand pages of documents.

3. The deadline to complete fact discovery is November 11, 2024, and the deadline to complete expert discovery is February 27, 2025. The Parties have been working diligently to meet these deadlines, including having already scheduled five depositions that are set to occur between October 11 and November 8, and a sixth that was in the process of being scheduled.

4. The Parties have since agreed to participate in private mediation to further explore potential resolution of this matter and are in the process of scheduling a date for mediation with a private mediator who has extensive experience in ERISA class action litigation.

5. A settlement, if approved, will resolve all claims and issues in this action. The Parties believe that to maximize the likelihood of a proposed settlement through mediation, they should focus their time and resources on tasks relating to the mediation, including researching and preparing comprehensive mediation briefs, instead of engaging in further discovery, including the six depositions.

6. In sum, staying the litigation will permit the Parties to prepare for and complete the mediation process. A stay will conserve the Parties' and the court's time and resources, and will allow the Parties to focus on settlement rather than spending their efforts, and money, on additional discovery, including further depositions, expert reports, expert discovery, expert motions and dispositive motions that, if settlement is approved, will prove to be unnecessary.

7. The Parties agree that they will file a joint status report within ten (10) days of the mediation, informing whether the Court if the matter has settled. If the matter has settled, the Parties will propose a schedule for filing preliminary approval papers. Alternatively, if the matter has not settled, the Parties will propose new discovery deadlines.

WHEREFORE, the Parties respectfully jointly request that this Court enter an Order staying the proceedings and any deadlines in the above-referenced matter pending the outcome of the Parties' mediation, with a status report due ten (10) days after the conclusion of mediation.

Dated: October 9, 2024

Respectfully submitted,

| _/s/ John C. Roberts_ | _/s/ Keri L. Engelman_ |
|---|---|
| Alec J. Berin | Keri L. Engelman |
| James C. Shah | Joshua M. Adler |
| John C. Roberts | **Morgan, Lewis & Bockius LLP** |
| **Miller Shah LLP** | One Federal Street |
| 1845 Walnut Street | Boston, MA 02110-1726 |
| Suite 806 | Tel: (617) 341-7828 |
| Philadelphia, PA 19103 | Fax: (617) 341-7701 |
| Tel.: (866) 540-5505 | keri.engelman@morganlewis.com |
| ajberin@millershah.com | |
| jcshah@millershah.com | Deborah S. Davidson |
| jcroberts@millershah.com | **Morgan, Lewis & Bockius LLP** |
| | 110 North Wacker Drive |
| James E. Miller | Chicago, IL 60601 |
| Laurie Rubinow | Tel: (312) 324-1159 |
| **Miller Shah LLP** | Fax: (312) 324-1001 |
| 65 Main Street | deborah.davidson@morganlewis.com |
| Chester, CT 06412 | |
| Tel.: (866) 540-5505 | Jeremy P. Blumenfeld |
| jemiller@millershah.com | **Morgan, Lewis & Bockius LLP** |
| lrubinow@millershah.com | 2222 Market Street |
| | Philadelphia, PA 19103 |
| John Roddy | Tel: (215) 963-5000 |
| **Bailey & Glasser LLP** | Fax: (215) 963-5001 |
| 176 Federal Street, 5th Floor | jeremy.blumenfeld@morganlewis.com |
| Boston, MA 02110 | |
| Tel.: (617) 439-6730 | Stephanie R. Reiss |
| jroddy@baileyglasser.com | **Morgan, Lewis & Bockius LLP** |
| | One Oxford Centre, 32nd Fl. |
| Mark K. Gyandoh | Pittsburgh, PA 15219 |
| **Capozzi Adler, P.C.** | Tel: (412) 560-3378 |

| | |
|---|---|
| 312 Old Lancaster Road<br>Merion Station, PA 19066<br>Tel.: (610) 890-0200<br>markg@capozziadler.com<br><br>Donald R. Reavy<br>**Capozzi Adler, P.C.**<br>2933 North Front Street<br>Harrisburg, PA 17110<br>Tel.: (717) 233-4101<br>donr@capozziadler.com<br><br>**Counsel for Plaintiffs** | Fax: (412) 560-3700<br>stephanie.reiss@morganlewis.com<br><br>**Counsel for Defendants** |

4

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that counsel for Plaintiffs and counsel for Defendants conferred in good faith regarding this motion. The Parties file this as a joint motion.

                */s/ Keri L. Engelman*
                Keri L. Engelman

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 9, 2024, I electronically filed the foregoing Joint Motion to Stay Discovery Pending Mediation using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                */s/ Keri L. Engelman*
                Keri L. Engelman