# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>    Defendants. | Case No: 1:22-cv-10069-JEK |

## JOINT STATUS REPORT

Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan, and Brian Minsk (collectively, "Plaintiffs"), by their undersigned counsel, and Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants") (together the "Parties"), by and through their undersigned counsel, submit this Joint Status Report pursuant to the Court's October 10, 2024 Order (the "Order") (ECF No. 88):

On October 9, 2024, the Parties filed a joint motion to stay the proceedings to allow the Parties to participate in mediation to determine whether early resolution of this action is possible.

ECF No. 87.  On October 10, 2024, the Court granted the Parties' motion and ordered the Parties to submit a joint status report by December 8, 2024, or within 10 days of the mediation, whichever was sooner.  ECF No. 88.

Pursuant to the Court's Order, the Parties report that they have scheduled a mediation of this action with Robert Meyer of JAMS for February 11, 2025, the earliest mutually agreeable date for Mr. Meyer and the Parties in light of Mr. Meyer's limited availability.

The Parties respectfully propose that they submit no later than February 18, 2025, one week after the mediation, a joint status report to the Court stating whether they have reached a resolution.  If the matter has settled, the Parties will propose a schedule for filing preliminary approval papers.  Alternatively, if the matter has not settled, the Parties will propose new discovery deadlines.

Dated:  December 5, 2024

Respectfully submitted,

| */s/ John C. Roberts* | */s/ Keri L. Engelman* |
|---|---|
| Alec J. Berin<br>James C. Shah<br>John C. Roberts<br>**Miller Shah LLP**<br>1845 Walnut Street<br>Suite 806<br>Philadelphia, PA 19103<br>Tel.: (866) 540-5505<br>ajberin@millershah.com<br>jcshah@millershah.com<br>jcroberts@millershah.com<br><br>James E. Miller<br>Laurie Rubinow<br>**Miller Shah LLP**<br>65 Main Street<br>Chester, CT 06412<br>Tel.: (866) 540-5505<br>jemiller@millershah.com | Keri L. Engelman<br>Joshua M. Adler<br>**Morgan, Lewis & Bockius LLP**<br>One Federal Street<br>Boston, MA  02110-1726<br>Tel: (617) 341-7828<br>Fax: (617) 341-7701<br>keri.engleman@morganlewis.com<br>joshua.adler@morganlewis.com<br><br>Deborah S. Davidson<br>**Morgan, Lewis & Bockius LLP**<br>110 North Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 324-1159<br>Fax: (312) 324-1001<br>deborah.davidson@morganlewis.com<br><br>Jeremy P. Blumenfeld |

| | |
|---|---|
| lrubinow@millershah.com<br><br>John Roddy<br>**Bailey & Glasser LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Tel.: (617) 439-6730<br>jroddy@baileyglasser.com<br><br>Mark K. Gyandoh<br>**Capozzi Adler, P.C.**<br>312 Old Lancaster Road<br>Merion Station, PA 19066<br>Tel.: (610) 890-0200<br>markg@capozziadler.com<br><br>Donald R. Reavy<br>**Capozzi Adler, P.C.**<br>2933 North Front Street<br>Harrisburg, PA 17110<br>Tel.: (717) 233-4101<br>donr@capozziadler.com<br><br>**Counsel for Plaintiffs** | **Morgan, Lewis & Bockius LLP**<br>2222 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br>jeremy.blumenfeld@morganlewis.com<br><br>Stephanie R. Reiss<br>**Morgan, Lewis & Bockius LLP**<br>One Oxford Centre, 32nd Fl.<br>Pittsburgh, PA  15219<br>Tel: (412) 560-3378<br>Fax: (412) 560-3700<br>stephanie.reiss@morganlewis.com<br><br>**Counsel for Defendants** |

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on December 5, 2024, I electronically filed the foregoing Joint Status Report using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                              */s/ Keri L Engelman*
                                              Keri L. Engelman