IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>　　　　　　Defendants. | Case No: 1:22-cv-10069-JEK |

**JOINT STATUS REPORT**

Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan, and Brian Minsk (collectively, "Plaintiffs"), by their undersigned counsel, and Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants") (together the "Parties"), by their undersigned counsel, submit this Joint Status Report pursuant to the Court's December 6, 2024 Order (the "Order") (ECF No. 90):

On February 11, 2025, the Parties convened for mediation with Robert Meyer of JAMS. During the mediation, the Parties reached a settlement in principle to resolve this litigation. The

Parties have now begun preparing the class action settlement agreement and applicable exhibits. Plaintiffs will either file a motion for preliminary approval of the class action settlement by April 18, 2025, or the Parties will provide the Court with an updated status report on that date. The Parties request that the Court maintain the stay in this matter until Plaintiffs file their motion for preliminary approval of the settlement.

Respectfully submitted,

| */s/ John C. Roberts* | */s/ Keri L. Engelman* |
|---|---|
| Alec J. Berin<br>James C. Shah<br>John C. Roberts<br>**Miller Shah LLP**<br>1845 Walnut Street<br>Suite 806<br>Philadelphia, PA 19103<br>Tel.: (866) 540-5505<br>ajberin@millershah.com<br>jcshah@millershah.com<br>jcroberts@millershah.com<br><br>James E. Miller<br>Laurie Rubinow<br>**Miller Shah LLP**<br>65 Main Street<br>Chester, CT 06412<br>Tel.: (866) 540-5505<br>jemiller@millershah.com<br>lrubinow@millershah.com<br><br>John Roddy<br>**Bailey & Glasser LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Tel.: (617) 439-6730<br>jroddy@baileyglasser.com<br><br>Mark K. Gyandoh<br>**Capozzi Adler, P.C.**<br>312 Old Lancaster Road<br>Merion Station, PA 19066<br>Tel.: (610) 890-0200 | Keri L. Engelman<br>Joshua M. Adler<br>**Morgan, Lewis & Bockius LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>Tel: (617) 341-7828<br>Fax: (617) 341-7701<br>keri.engleman@morganlewis.com<br>joshua.adler@morganlewis.com<br><br>Deborah S. Davidson<br>**Morgan, Lewis & Bockius LLP**<br>110 North Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 324-1159<br>Fax: (312) 324-1001<br>deborah.davidson@morganlewis.com<br><br>Jeremy P. Blumenfeld<br>**Morgan, Lewis & Bockius LLP**<br>2222 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br>jeremy.blumenfeld@morganlewis.com<br><br>Stephanie R. Reiss<br>**Morgan, Lewis & Bockius LLP**<br>One Oxford Centre, 32nd Fl.<br>Pittsburgh, PA 15219<br>Tel: (412) 560-3378<br>Fax: (412) 560-3700<br>stephanie.reiss@morganlewis.com |

| | |
|---|---|
| markg@capozziadler.com<br><br>Donald R. Reavy<br>**Capozzi Adler, P.C.**<br>2933 North Front Street<br>Harrisburg, PA 17110<br>Tel.: (717) 233-4101<br>donr@capozziadler.com<br><br>**Counsel for Plaintiffs** | **Counsel for Defendants** |

Dated: February 14, 2025

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on February 14, 2025, I electronically filed the foregoing Joint Status Report using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                 */s/ Keri L Engelman*
                 Keri L. Engelman