IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>        Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>        Defendants. | Case No: 1:22-cv-10069-JEK |

## JOINT STATUS REPORT

Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan, and Brian Minsk (collectively, "Plaintiffs"), by their undersigned counsel, and Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants") (together the "Parties"), by their undersigned counsel, submit this Joint Status Report pursuant to the Court's February 18, 2025 Electronic Order (ECF No. 92):

On February 18, the Court entered an Electronic Order maintaining the stay in this matter while the parties prepared a class action settlement agreement and applicable exhibits. ECF No. 92.

The Court ordered the parties to file a joint status report no later than April 18, 2025, if Plaintiffs had not yet filed a motion for preliminary approval of the class action settlement by that date. *Id.*

The parties have worked diligently to finalize the settlement agreement but require a small amount of additional time to finalize the settlement agreement and applicable exhibits and prepare the motion for preliminary approval of the class action settlement. Accordingly, the Parties respectfully request that the Court extend the stay, along with the deadline for Plaintiffs to submit a motion for preliminary approval of the class action settlement, by two weeks, from April 18, 2025 to May 2, 2025. This is the Parties' first request for an extension of this deadline.

Respectfully submitted,

| */s/ Alec J. Berin* | */s/ Keri L. Engelman* |
|---|---|
| Alec J. Berin<br>James C. Shah<br>John C. Roberts<br>**Miller Shah LLP**<br>1845 Walnut Street<br>Suite 806<br>Philadelphia, PA 19103<br>Tel.: (866) 540-5505<br>ajberin@millershah.com<br>jcshah@millershah.com<br>jcroberts@millershah.com<br><br>James E. Miller<br>Laurie Rubinow<br>**Miller Shah LLP**<br>65 Main Street<br>Chester, CT 06412<br>Tel.: (866) 540-5505<br>jemiller@millershah.com<br>lrubinow@millershah.com<br><br>John Roddy<br>**Bailey & Glasser LLP**<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>Tel.: (617) 439-6730<br>jroddy@baileyglasser.com | Keri L. Engelman<br>Joshua M. Adler<br>**Morgan, Lewis & Bockius LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>Tel: (617) 341-7828<br>Fax: (617) 341-7701<br>keri.engleman@morganlewis.com<br>joshua.adler@morganlewis.com<br><br>Deborah S. Davidson<br>**Morgan, Lewis & Bockius LLP**<br>110 North Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 324-1159<br>Fax: (312) 324-1001<br>deborah.davidson@morganlewis.com<br><br>Jeremy P. Blumenfeld<br>**Morgan, Lewis & Bockius LLP**<br>2222 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br>jeremy.blumenfeld@morganlewis.com |

| | |
|---|---|
| Mark K. Gyandoh<br>**Capozzi Adler, P.C.**<br>312 Old Lancaster Road<br>Merion Station, PA 19066<br>Tel.: (610) 890-0200<br>markg@capozziadler.com<br><br>Donald R. Reavy<br>**Capozzi Adler, P.C.**<br>2933 North Front Street<br>Harrisburg, PA 17110<br>Tel.: (717) 233-4101<br>donr@capozziadler.com<br><br>**Counsel for Plaintiffs** | Stephanie R. Reiss<br>**Morgan, Lewis & Bockius LLP**<br>One Oxford Centre, 32nd Fl.<br>Pittsburgh, PA  15219<br>Tel: (412) 560-3378<br>Fax: (412) 560-3700<br>stephanie.reiss@morganlewis.com<br><br>**Counsel for Defendants** |

Dated:  April 18, 2025

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 18, 2025, I electronically filed the foregoing Joint Status Report using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                                */s/ Joshua M. Adler*
                                                Joshua M. Adler