IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 1:22-cv-10069- JEK<br><br>April 28, 2025 |

**MOTION FOR PRELIMINARY APPROVAL OF
<u>CLASS ACTION SETTLEMENT</u>**

Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan and Brian Minsk (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class (defined below) and the Children's Hospital Corporation Tax-Deferred Annuity Plan (the "Plan"), hereby move (the "Motion") pursuant to Federal Rule of Civil Procedure 23 for entry of an Order that: (1) preliminarily approves the Settlement with Defendants Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee, (collectively, "Defendants"), as memorialized in the Settlement Agreement and Exhibits thereto;[1] (2) finds that the Class may be maintained through such time as the Court enters an order granting final approval of the Settlement; (3) approves the proposed notice plan ("Notice Plan") in the Settlement Agreement and proposed Preliminary Approval Order; and (4) sets a final Fairness Hearing on a date convenient for the Court at least 140 days after the entry of a Preliminary Approval Order. Plaintiffs have conferred with Defendants and

---

[1] The Settlement Agreement and its exhibits are attached to the accompanying Declaration of Alec J. Berin. Capitalized terms not otherwise defined herein shall have the same meaning as in the Settlement Agreement.

1

are authorized to represent that the Motion is unopposed. A proposed Preliminary Approval Order is attached as Exhibit C to the Settlement Agreement.

For all the reasons set forth in the Settlement Agreement, accompanying memorandum of law and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the Settlement is fair, reasonable, adequate, and should be preliminarily approved so that notice can be provided to the Settlement Class.

The Settlement is the product of arm's-length negotiations between the Parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of the Motion.

Dated: April 28, 2025                                             Respectfully submitted,

/s/ *Alec J. Berin*
James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Tel: (866) 540-5505
Fax: (866) 300-7367
jcshah@millershah.com
ajberin@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Tel: (866) 540-5505
Fax: (866) 300-7367
jemiller@millershah.com
lrubinow@millershah.com

Mark K. Gyandoh
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax: (717) 233-4103
markg@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
Fax: (717) 233-4103
donr@capozziadler.com

John Roddy
BAILEY & GLASSER LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
jroddy@baileyglasser.com

*Counsel for Plaintiffs, the Plan, and the Settlement Class*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Plaintiffs have conferred with counsel for Defendants and are authorized to represent that this Motion is unopposed.

/s/ *Alec J. Berin*
Alec J. Berin

*Counsel for Plaintiffs, the Plan, and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 28, 2025, I caused the foregoing Motion and all supporting papers to be filed with this Court's CM/ECF system and thereby served by email on all counsel of record.

/s/ *Alec J. Berin*
Alec J. Berin

*Counsel for Plaintiffs, the Plan, and the Settlement Class*