IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, *et al.*, | Case No.: 1:22-cv-10069- JEK |
| Plaintiffs, | April 28, 2025 |
| v. | |
| THE CHILDREN'S HOSPITAL CORPORATION, *et al.*, | |
| Defendants. | |

### DECLARATION OF ALEC J. BERIN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Alec J. Berin, hereby declare under penalty of perjury under the laws of the United States as follows:

1. I am a Partner of the law firm Miller Shah LLP ("Miller Shah," and with Capozzi Adler, P.C., "Class Counsel"). I am admitted to practice law in the State of New Jersey and the Commonwealth of Pennsylvania, and I am admitted pro hac vice to practice before the Court in the above-captioned action ("Action"). I am one of the attorneys who has worked on the Action since the pleadings stage. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of the Settlement Agreement,[1] including all exhibits to the Settlement Agreement:

    Exhibit A – Notice of Class Action Settlement and Fairness Hearing

    Exhibit B – Plan of Allocation

    Exhibit C – [Proposed] Preliminary Approval Order

    Exhibit D – [Proposed] Final Approval Order

---

[1] Terms not defined herein shall have the same meaning as in the Settlement Agreement.

Exhibit E – Form of CAFA Notice

3. Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan and Brian Minsk (collectively, "Plaintiffs") have actively participated in the Action since its inception in 2022, as well as in the investigation that preceded the filing of the Action. From the outset, Plaintiffs assisted Class Counsel in drafting the pleadings and other papers in the Action, consulted with Class Counsel as needed, answered discovery requests, provided additional information, participated in strategy and settlement discussions with Class Counsel, and otherwise assisted in representing the interests of the Plan and its participants and beneficiaries. Plaintiffs responded to discovery requests and sat for depositions taken by Defendants. Plaintiffs also participated in regular conference calls with Class Counsel to ensure they remained fully apprised of all developments in the Action. Plaintiffs fully understand the nature of their claims, as well as their duties and responsibilities to the Plan as Class Representatives, and they have no interest antagonistic to the Plan or members of the Settlement Class.

4. Based upon review of the Form 5500s that Defendants filed with the Department of Labor with respect to the Plan, as well as Defendants' discovery responses, there were over 20,000 participants in the Plan as of December 31, 2022.

5. Miller Shah's attorneys are experienced in class action litigation, including in ERISA class actions, and have recovered more than $1 billion on behalf of their clients in class actions nationwide.[2] In ERISA class and representative actions, James E. Miller, Laurie Rubinow, and I lead Miller Shah's practice and, over the past decade, we have served as lead counsel in some of the most significant ERISA cases prosecuted throughout the United States on behalf

---

[2] *See* 401(k) Fee Litigation/Gatekeeper Cases, MILLER SHAH, https://millershah.com/practiceareas/employee-benefits-fiduciary-compliance/401-k-fee-litigation-gatekeeper-cases/ (last visited April 13, 2025).

retirement plans and their participants, including: *Healthcare Strategies, Inc. v. ING Life Ins. & Annuity Co.*, No. 3:11-CV-282 (D. Conn.) (class action tried before the Honorable William G. Young resulting in a settlement valued at over $400 million for a class of retirement plans); *Ferguson v. Ruane Cunniff & Goldfarb Inc.*, No. 1:17-cv-06685 (S.D.N.Y.) ($124.6 million settlement on behalf of retirement plan participants); *Phones Plus, Inc. v. Hartford Fin. Servs., Inc.*, No. 3:06-cv-01835 (D. Conn.) (class action settlement with value of over $80 million on behalf of class of retirement plans); *Garthwait v. Eversource*, No. 3:20-cv-00902 (D. Conn.) ($15 million settlement on behalf of retirement plan participants); *Boley v. Universal Health Servs., Inc.*, No. 2:20-cv-02644 (E.D. Pa.) ($12.5 million settlement on behalf of retirement plan participants); *In re Biogen ERISA Litig.*, No. 1:20-cv-11325-DJC (D. Mass.) ($9.75 million class action settlement on behalf of class of retirement plan participants); *Golden Star, Inc. v. Mass Mutual Life Ins. Co.*, No. 3:11-cv-30235 (D. Mass.) ($9.475 million class action settlement on behalf of class of retirement plans); *Terraza v. Safeway, Inc.*, No. 4:16-cv-03994 (N.D. Cal.) (settlement of $8.5 million for class of plan participants); *In re LinkedIn ERISA Litig.*, No. 5:20-cv-05704-EJD (N.D. Cal.) ($6.75 million settlement on behalf of retirement plan participants); *Jones v. Coca-Cola Consolidated, Inc.*, No. 3:20-cv-00988 (W.D.N.C.) ($3.5 million settlement for class of plan participants); *Barcenas v. Rush Univ. Med. Ctr.*, No. 1:22-cv-00366 (N.D. Ill.) ($2.95 million settlement on behalf of retirement plan participants); *In re Omnicom Group ERISA Litig.*, No. 1:20-cv-04141-CM-SLC (S.D.N.Y.) ($2.95 million class action settlement pending final approval); *Allison v. L Brands, Inc.*, No. 2:20-cv-1060 (S.D. Ohio) ($2.75 million settlement on behalf of retirement plan participants); *Butler National v. Union Central Life Ins. Co.*, No. 1:12-cv-177 (S.D. Ohio) ($2.25 million common fund established for class of retirement plans and other relief to class valued at over $15 million); *Blackmon v. Zachry Holdings, Inc.*, No. 5:20-cv-

00988 (W.D. Tex.) ($1.875 million settlement for class of plan participants); *Hay v. Gucci, Inc.*, No. 2:17-cv-07148 (D.N.J.) ($1.2 million settlement for class of plan participants in small defined contribution retirement plan). In addition, in 2020, Mr. Miller was named whistleblower lawyer of the year by Taxpayers Against Fraud ("TAF"), a well-respected nonprofit association, for his work on behalf of the United States and certain states in recovering $678 million in *U.S. ex rel. Bilotta v. Novartis Pharmaceuticals Corp.*, No. 11 Civ. 0071 (PGG), and $54 million in *U.S. ex rel. Arnstein et al. v. Teva Pharmaceuticals et al*., No. 13 Civ. 3702 (CM), both of which settled on the eve of trial in the Southern District of New York and demonstrate Class Counsel's ability to handle exceptionally complex litigation. Thus, the attorneys at Miller Shah have the experience, resources, expertise, and aptitude necessary to properly represent the interests of the Plan and the Settlement Class in this case.

6. Since the inception of the Action, Miller Shah has acted cooperatively with Capozzi Adler, P.C., a firm with deep experience litigating ERISA class actions like the Action, and with Bailey and Glasser LLP, a firm experienced with ERISA class actions and litigation in this District.

7. During the course of the Action, the Parties engaged in discovery and exchanged additional information sufficient to enable counsel for all Parties to evaluate the strength of Plaintiffs' claims and the risks of continued litigation. Specifically, Defendants produced and Plaintiffs and Class Counsel reviewed thousands of relevant documents and communications relating to the administration of the Plan, relationships between and among fiduciaries, and the Plan's investment and recordkeeping monitoring processes. These documents included chartering documents of the Committee, the Plan's investment policy statements during the Class Period, minutes of Committee meetings, materials provided to the Committee to support its decision-

making, disclosures by service providers, disclosures made to Plan participants, and communications between and among Defendants and others involved in the management and administration of the Plan. These proceedings provided Class Counsel a comprehensive ability to evaluate the strengths and weaknesses of Plaintiffs' claims and the likelihood of success at trial.

8. Prior to reaching the Settlement, the Parties communicated their respective positions concerning Plaintiffs' likelihood of success on their claims and potential recovery on behalf of the Plan, conducted independent analyses to support their claims and defenses and evaluate potential resolutions, and participated in a mediation with Robert Meyer, Esquire of JAMS. Mr. Meyer is one of the most well-respected, sought after, and experienced mediators in the country in complex financial disputes and has significant experience mediating ERISA actions. There has been no collusion or complicity of any kind in connection with the Settlement reached in this case or any related negotiations.

9. As noted above, Class Counsel have significant experience in similar litigation and are well-informed as to the specifics of the Action. Class Counsel's thorough investigation, coupled with the document discovery conducted in this action, has afforded Miller Shah a significant understanding of the merits of the claims asserted, the strength of Defendants' defenses, and the values of theoretical outcomes of the case.

10. Class Counsel have fully investigated and developed the Action. They have reviewed document productions sufficient to meaningfully assess the strength of Plaintiffs' claims, engaged in motion practice, and will continue to properly and vigorously represent the interests of the Plan and the Settlement Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2025, at Philadelphia, Pennsylvania.

                                            */s/Alec J. Berin*
                                            Alec J. Berin

                                            *Counsel for Plaintiffs, the Plan,*
                                            *and the Proposed Settlement Class*