IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADILSON MONTEIRO, KAREN GINSBURG, JASON LUTAN, and BRIAN MINSK, Individually and as representatives of a class of similarly situated persons, on behalf of the CHILDREN'S HOSPITAL CORPORATION TAX-DEFERRED ANNUITY PLAN,<br><br>     Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION, THE BOARD OF DIRECTORS OF THE CHILDREN'S HOSPITAL CORPORATION, THE CHILDREN'S HOSPITAL CORPORATION RETIREMENT COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>     Defendants. | Case No: 1:22-cv-10069-JEK |

## JOINT MOTION TO CONVERT IN-PERSON ONLY FAIRNESS HEARING TO HYBRID HEARING

Plaintiffs Adilson Monteiro, Karen Ginsburg, Jason Lutan, and Brian Minsk (collectively, "Plaintiffs"), by their undersigned counsel, and Defendants the Children's Hospital Corporation, the Board of Directors of the Children's Hospital Corporation, and the Children's Hospital Corporation Retirement Committee (collectively, "Defendants") (together the "Parties"), by their undersigned counsel, submit this Joint Motion respectfully requesting that the Court convert the in-person only Fairness Hearing scheduled for September 29, 2025, to a hybrid hearing, making the hearing accessible via Zoom while still conducting the hearing in-person.

As grounds for this Motion, the Parties state:

1. On May 12, 2025, the Court granted preliminary approval of the class action settlement in this matter and set a Fairness Hearing for September 29, 2025, at 2:30 pm, in-person only. *See* ECF Nos. 99-100.

2. On August 27, 2025, Plaintiffs filed an Unopposed Motion for Final Approval of Class Action Settlement. ECF Nos. 106-110.

3. Lead counsel for Defendants planned to attend the Fairness Hearing on September 29, 2025, in person but a recent unanticipated change in the timing of an international flight precludes her from doing so.

4. To accommodate Defendants, Plaintiffs have kindly agreed to jointly request with Defendants that the Court convert the in-person only Fairness Hearing to a hybrid hearing, making the hearing accessible via Zoom while still conducting the hearing in-person.

5. If the Court grants this Motion, Counsel for Plaintiffs and a member of Defendants' counsel would attend the hearing in-person, while another member of Defendants' counsel would attend the hearing by Zoom.

6. Pursuant to Local Rule 7.1, the Parties have conferred regarding this Motion and make it jointly.

WHEREFORE, the Parties respectfully request that the Court convert the in-person only Fairness Hearing scheduled for September 29, 2025, to a hybrid hearing.

Respectfully submitted,

| */s/ Alec J. Berin* | */s/ Keri L. Engelman* |
|---|---|
| Alec J. Berin | Keri L. Engelman |
| James C. Shah | Joshua M. Adler |
| **Miller Shah LLP** | **Morgan, Lewis & Bockius LLP** |
| 1845 Walnut Street | One Federal Street |
| Suite 806 | Boston, MA  02110-1726 |
| Philadelphia, PA 19103 | Tel: (617) 341-7828 |
| Tel.: (866) 540-5505 | Fax: (617) 341-7701 |

ajberin@millershah.com
jcshah@millershah.com

James E. Miller
Laurie Rubinow
**Miller Shah LLP**
65 Main Street
Chester, CT 06412
Tel.: (866) 540-5505
jemiller@millershah.com
lrubinow@millershah.com

John Roddy
**Bailey & Glasser LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Tel.: (617) 439-6730
jroddy@baileyglasser.com

Mark K. Gyandoh
**Capozzi Adler, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Tel.: (610) 890-0200
markg@capozziadler.com

Donald R. Reavy
**Capozzi Adler, P.C.**
2933 North Front Street
Harrisburg, PA 17110
Tel.: (717) 233-4101
donr@capozziadler.com

**Counsel for Plaintiffs**

keri.engleman@morganlewis.com
joshua.adler@morganlewis.com

Deborah S. Davidson
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive
Chicago, IL 60601
Tel: (312) 324-1159
Fax: (312) 324-1001
deborah.davidson@morganlewis.com

Jeremy P. Blumenfeld
**Morgan, Lewis & Bockius LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Stephanie R. Reiss
**Morgan, Lewis & Bockius LLP**
One Oxford Centre, 32nd Fl.
Pittsburgh, PA  15219
Tel: (412) 560-3378
Fax: (412) 560-3700
stephanie.reiss@morganlewis.com

**Counsel for Defendants**

Dated:  September 22, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 22, 2025, I electronically filed the foregoing Joint Motion using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                                    */s/ Joshua M. Adler*
                                                    Joshua M. Adler